**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
PENSACOLA **DIVISION**

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Rocio Carmen Siska Alexander - mother Co-Plaintiff
Rocio Carmen Siska Alexander - OBO JPLS & HCLS, minors
Alejandro Rondon Siska, Co-Plaintiff

(Enter full name of Plaintiff(s))

THIRD AMENDED

vs.

CASE NO: 5:10cv209/RS/MD
(To be assigned by Clerk)

1) Jan Frederick Lubbe, Private Citizen
2) Nancy Jones Gaglio, Attorney for Mr. Lubbe
C. Michael Kelly, Attorney for Mr. Lubbe
Sherrill Clark - Antas, Private Citizen
Lisa Coleman, Big Bend Supervisor, DCF

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

10 NOV 30 AM 11:55
FILED

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Andrea Colbert - Caseworker, Big Bend DCF
Rene Creteau - DCF Protective Investigator
Officer Chris Taylor - Police Officer
Michelle Mohedano - Case Manager, Big Bend, DCF
Jessica Gibson - Supervisor, Big Bend, DCF
Trish Reimer - Family Court Case Manager, 14th Judicial Circuit

**I. PLAINTIFF:**

State your full name and full mailing address in the lines below.

Rocio Carmen Siska Alexander - mother, Also OBO JPLS & HCLS, minors

Name of Plaintiff: Alejandro Rondon Siska

Mailing address: 1325 W. 12th St. Apt B-5

Panama City, FL 32401

Co-Plaintiffs

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Michelle Mohedano

Official position: Case Manager

Employed at: CHS/Big Bend

Mailing address: 910 Harrison Ave

Panama City, FL 32401

(2) Defendant's name: Jessica Gibson

Official position: Program Supervisor

Employed at: CHS/Big Bend

Mailing address: 910 Harrison Ave.

Panama City, FL 32401

(3) Defendant's name: Trish Reimer

Official position: Family Court Case Manager

Employed at: Bay Count Juvenille Courthouse

Mailing address: PO Box 1089

Panama City, FL 32402

(4) Defendant's name: Shalla Phelps

Official position: Assistant States Attorney

Employed at: 14th Judicial District

Mailing address: PO Box 1040

Panama City, FL 32402

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

**I. PLAINTIFF:**

State your full name and full mailing address in the lines below.

Rocio Carmen Siska Alexander - mother, Also OBO HCLS & JPLS, minors

Name of Plaintiff: Alejandro Rondon Siska

Mailing address: 1325 W. 12th St Apt B-5
Panama City, FL 32401
Co-Plaintiffs

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Lisa Coleman
Official position: Big Bend Case Manager
Employed at: CHS / Big Bend
Mailing address: 910 Harrison Ave
Panama City, FL 32401

(2) Defendant's name: Andrea Colbert
Official position: Case Worker
Employed at: CHS / Big Bend
Mailing address: 910 Harrison Ave
Panama City, FL 32401

(3) Defendant's name: Rene Creteur
Official position: Protective Services Investigator
Employed at: Department of Children and Families
Mailing address: 500 West 11th Street
Panama City, FL 32401

(4) Defendant's name: Chris Taylor
Official position: Police Officer
Employed at: Panama City Police Dept.
Mailing address: 1209 East 15th St.
Panama City, FL 32405

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

**I. PLAINTIFF:**

State your full name and full mailing address in the lines below.

Name of Plaintiff: Rocio Carmen Siska Alexander - mother, Also OBO HCLS & JPLS, minors
Alejandro Rondon Siska

Mailing address: 1325 W. 12th St Apt. B-5
Panama City, FL 32401
Co-Plaintiffs

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Jan Frederick Lubbe
Official position: Private Citizen
Employed at: unknown
Mailing address: 3202 W. 16th St.
Panama City, FL 32402

(2) Defendant's name: Nancy Jones Gaglio
Official position: Attorney At Law for Mr. Lubbe
Employed at: Nancy Jones Gaglio Law Firm
Mailing address: 910 Grace Ave
Panama City, FL 32401

(3) Defendant's name: C. Michael Kelly
Official position: Attorney At Law for Mr. Lubbe
Employed at: Private Practice
Mailing address: 515 9th St East, Suite 207
Bradenton, FL 32408

(4) Defendant's name: Sherrill Clark-Antas
Official position: Private Citizen
Employed at: unknown
Mailing address: 4341 Thomas Dr A-33
Panama City Beach, FL 32408

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

See Attachment

[signature]

& OBO JPLS & HCLS, minor.

Co-Plaintiff

[signature]

Co-Plaintiff

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

SEE Attachment

Co-Plaintiff & OBO JDLS & HCLS, minors

Co-Plaintiff

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

SEE Attachment

& OBO JDLS & HCLS, minors

Co-Plaintiff

Co-Plaintiff

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

Nov 30, 2010
(Date)

(Signature of Plaintiff(s))

Revised 07/02

**CIVIL RIGHTS THIRD AMENDED COMPLAINT FORM**

**IN ACTIONS UNDER 42 U.S.C & 1983**

**CASE NUMBER: 5:10-cv-00209-RS-MD**

**ROCIO CARMEN SISKA ALEXANDER, et al.,**

**OBQ JPLS, a minor**

**OBQ HCLS, a minor**

**ALEJANDRO RONDON-SISKA, adult son.**

**Co-Plaintiffs,**

**vs.**

**JAN FREDERICK LUBBE, et al.**

**Defendants**

---

**SECTION III.** **STATEMENT OF FACTS:**

1. On January of 2008 my three sons and I started working on a Safety Plan. We were victims of Domestic Violence, and we feared for our lives.

2. On February of 2008, I went to Social Security Administration and requested that my Social Security Disability Benefits checks be sent to me and I became the payee. All four checks were to be sent to my name by April 1st. 2008. I also changed Alejandro's Child Support Payment Plan.

3. Mr. Lubbe found out that I was making financial arrangements and we were further victimized, threatened, isolated, and "punished". Our phone calls were being recorded, we had no access to the Internet, Long Distance to call my brothers, and my vehicle dissappeared.

4. During an altercation, Alejandro protected his twin brothers, Mr. Lubbe broke my right arm, and slashed Alejandro with a box cutter. Though PCPD arrived to the house, no assistance was provided. Alejandro did not want for his twin brothers' dad to be incarcerated for further fear of retaliation upon his return. Mr. Lubbe threatened to kill Alejandro and/or myself if any of us would speak up.

5. Alejandro and I were not allowed to seek medical care. We went to family therapy twice per week, Sunday School, Martial Arts, and I kept on working at keeping the twins busy, doing F-CATS, cooking, and taking care of my sons. We went to the park every day and stayed away from trouble as much as possible.

6. Mr. Lubbe refused to give me Alejandro's Child Support from his biological father, his SSI, Harry's SSI, and my SSDI checks. We went every week to a local Catholic Church for food, clothing, and funds to purchase fresh produce.

7. On March 11th, 2008, I arrived home and found Mr. Lubbe with a DCF Worker at home. I was attempting to expedite his medicaid and just arrived from meeting with Ms. Santillo from Medicaid.

8. During the next two days, I was cohersed and deceived through lies and physically forced to go to Court to have Alejandro Baker Acted "for his best interest" and just "for a day". I went to Court three times and it was denied. I finally was instructed by DCF what to write on the Ex-Parte if I wanted to keep my babies home.

9. DCF had threatened to have Alejandro arrested on Double Jeopardy from previous charges in which he was exhonorated. I spoke with Alejandro and I told him that it would be only for One Night. He believed in me.

10. On March 16th, 2008, Alejandro and I signed an M-30 at Bay Behavioral and his current medical insurance covered for him to stay at Bay for up to 40 days. He was to come home in four to five days.

11. On March 18th, 2008, Honorable Judge Pittman signed a "Special Condition" Shelter Order. I asked for an attorney and was denied that right. That same evening, Ms. Creteur, PI for Protective Services, told me that Alejandro would be leaving to a Residential Facility in Orlando, Devereux, for no more than two weeks. She accussed him of being a "mama's boy", told me that she was in control, and demanded that I do not speak back to her, nor was I permitted to ask any questions.

12. I explained it to Alejandro and told him that I had been told that it was a beautiful place, only for two weeks, and that the twins and I would go see him that weekend. I promised him that I would be by his side every step of the way. I packed for him, got his prescriptions, school records, lap-top, books, and personal belongings.

13. On March 19th, 2008, Alejandro left to Orlando looking forward to a great experience, being with kids his age, outdoors, sort of a "summer camp" we were told by Ms. Creteur, PI for Protective Services.

14. That same evening, Alejandro called me from a Drug Shelter Unit in Orlando, Fl. asking

for help. He feared for his life. Ms. Miriam from Big Bend transported him to Devereux and she was told that "he was not on the list". Ms. Miriam asked her supervisor, Ms. Jessica Gibson ~~Coleman~~, what to do next and she was told to "Drop him at the Drug Shelter on the other side of town".

15. The next morning, I contacted Big Bend and spoke with Mary Helen Barnes, Program Director. Ms. Barnes "begged" me not to get an attorney. Since Honorable Judge Judy Pittman had signed an Order stating: "The child may be returned to his mother without any further Order of the Court", and also Ordered "liberal and unsupervised contact with his mother", I contacted the local authorities as well as the authorities in Orange County. I made arrangements to go and pick him up. The Staff at the Shelter kept on telling me that Alejandro was being assaulted, that he was among hard core delinquents and in danger. To go and pick him up. Names, phone numbers, case numbers and Officers' names are available upon request.

16. Heather Hurd, PI for DCF, now Superintendent of DJJ, got involved again. Ms. Hurd had previously been involved in 2004 when Alejandro was wrongfully charged by Mr. Lubbe; She worked in conjunction with Mr. Lubbe for financial gain. Further information is also available upon request.

17. I met with Mary Helen Barnes, Program Director for Big Bend. She promised she would fix the misplacement as Rene Creteur, PI, for DCF, "had skipped a lot of steps". I informed her that I had spoken with Bay County and Orange County's Officials, as well as with Mr. Peter Mallory, an Attorney. Once gain, she told me that there was no need to retain Mr. Mallory. I informed her that I was going to go and pick up my son, Alejandro, for I had a valid Court Order, and he was in danger.

18. Mrs. Helen Barnes, Program Director for Big Bend, kept me waiting for five days telling me that she was making arrangements to have Alejandro picked up since it was their mistake that was the least that they could do.

19. On March 24th, 2008, Mary Helen Barnes, Program Director for Big Bend, finally returned my phone call and told me that: "Yes, with that Court Order, you can go and pick up Alejandro; but I will remove the twins from your house". She send me an e-mail as well threatening me not to go and pick up Alejandro. Mr. Mallory, Attorney, called me at home and told me: "Document, it will save your life" among other things. "I have never seen a case like this". So I did document and I still do.

20. On March 24th, 2008, I filed a Grievence with the Governor's Office, Charlie Crist at 3:20 pm. I send a copy to Mary Helen Barnes, Program Director for Big Bend as well as other State employees.

21. By 3:30 pm, Mary Helen Barnes called me and told me that on the next day, March

Correction Paragraph 14 (3-4) Ms. Jessica Gibson

25th, 2008, to meet with her at the Juvenile Court House at 1:00pm in order to sort things out. I kept on telling Alejandro to have faith and to pray, and that I would go and pick him up by the 26th of March, 2008.

22. March 25th, 2008, a Hearing was held. I had no notice of it. Rene Creteur, PI for DCF, and Mary Helen Barnes, Program Director for Big Bend, accused me of sexually and physically abusing my children. They requested to have me removed out of the house, and No Contact with my sons. I was out of my house by 5:00pm that evening for 6 weeks. My twins JPLS and HCLS suffered tremendously during my absence. Both physically and emotionally. Alejandro was battered, assaulted, and injured while in the Shelter in Orlando.

23. I was homeless for 6 weeks. I am disabled. Mr. Lubbe refused to give me my own money, and personal belongings as well as my oxygen and breathing treatments. When Alejandro called home, Mr. Lubbe blamed my daughter, Rocio Pascual Siska, and told the twins that it was Rocio's "Chio" fault.

24. Mr. Lubbe collected my Benefits, neglected our twins, stopped working, and told my family in Spain a completely different story. Andrea Colbert, Case Worker for Big Bend under Section 1983: Color of State Law and in conspiracy with a private citizen, Mr. Lubbe, violated the following Constitutional and Statutory Provisions: 42:1983 Civil Rights Act. 48:1985 Conspiracy/Deprivation of Civil Rights. 31:3729 False Claims Act. 31:3131 Fraud. Amendment 9th- Construction of Constitution under Violation of Privacy Acts.

25. April 15th, 2008, Alejandro was evaluated by Mr. Lacelle for the SIPP Program. Mr. Lacelle called me and told me that it would be "detrimental" for Alejandro to be institutionalized and he recommended that he return home ASAP. He never did. The evaluation never made it to Court and Andrea Colbert, Case Worker for Big Bend perjured herself before Honorable Judge Fensom, falsified a report, and told the Court that Alejandro was on Run Away and to Issue a Pick Up Order. Alejandro was in the ER. The Paramedics called me. He had been taken hostage by a kid at the Shelter and had lost a lot of blood and received staples and stiches on his head. Andrea Colbert, Case Worker for Big Bend did not authorize a Cat-Scan despite the severity of the injuries. Honorable Judge Fensom was unaware. Medical records are available. This is a Violation of the Fourth Amendment under Section 1983: Unreasonable searches and issues of warrants absent Probable Cause.

26. April 17th, 2008, My Psychological evaluation, Parenting Skills Assessment, Substance Abuse evaluation and Psychosexual had been completed and PERSONALLY SUBMITTED to Big Bend during an internal meeting that was held that day in which Mr. Lubbe had been invited and attended. Said evaluations were submitted to the Court on November

of 2009. 19 months later.

27. April 17th, 2008, Alejandro attempted suicide. He tried to hang himself with the shower curtain due to Andrea Colbert's orders to impose excessive, cruel, and unusual punishments for he had filed a police report and had reported DCF to Internal Affairs in Tallahassee. Names, phone numbers, and e-mails are available.

28. Once again, Honorable Judge Fensom was lied to. Alejandro asked me not to speak up for he would be punished by the Staff (names, dates, and events are available). Honorable Judge Fensom COURT ORDERED the IMMEDIATE removal of Alejandro's placement. He was never moved, and was battered again at the Shelter by a Staff member and a group of kids while in the shower. He was left unconcious, bleeding, nude, and severly injured, again. Medical records, police reports from Orange County and Bay County are available.

29. Andrea Colbert, Case Worker for Big Bend told Honorable Judge Fensom that she had NOT received my evaluations nor Alejandro's. Names, witnesses, e-mails, phone numbers, and evaluations are available. Therefore, she could not recommend my return home nor Alejandro's. She failed to tell the Court the truth.

30. Andrea Colbert, Case Worker for Big Bend tried to blackmail me. She told me that she would give me my son if I give her my documents. Evidence and witnesses are available. Alejandro told me not to do so; that the TRUTH WAS NOT FOR SALE.

31. I returned home in May of 2008 as the twins were deteriorating extremely rapidly, the school had expressed their concerns, as well as their Pediatrician, and the twins' grades went from 100+ to -5. JPLS was being medically neglected. HCLS cried all day. Documents are available.

32. May 17th, 2008, Alejandro showed up from Orlando in Panama City. He wanted to attend the Hearing sheduled for May 20th, 2008. He was denied his Constitutional Right to be heard. Andrea Colbert, Case Worker for Big Bend and Mr. Lubbe conspired and under "Color of State Law" placed him at Bay Behavioral, told the Staff that he had been on Run Away for three months, had PENDING charges since 2004 for sexually assaulting my twins, was a drug addict, violent, I was delusional, I had no parental rights and a No Contact Order. Admission documents and false signed statements by Andrea Colbert are available. Since Alejandro did not meet the criteria to be Baker Acted under the Provisions of the Florida Statutes, PCPD Baker Acted him for being "Homeless".

33. May 19th, 2008, an Emergency Hearing was scheduled to obtain permission from the Court to have him Baker Acted based on false testimony, and allegations. I was not notified. Our Constitutional Provision of our Right to be informed was violated by Andrea Colbert, Case Worker, Big Bend, Amy Thome State Attorney, Mike Reiter, Public

Defender, in conspiracy with Mr. Lubbe acting under Color of State Law depriving us of our Fundamental Rights and violating our First Amendment for Right of Conscience. I was not allowed to go see him as Andrea Colbert reported that I was a detriment to my sons and the Evaluations were not in yet. Evaluations were stamped by the Legal Department of Big Bend and the State Attorney's Office on April 4th, 2008. Yet, not purposely submitted. Mr. Lubbe's were.

34. May 20th, 2008, the Hearing was held before a General Magistrate without any prior notice. Amy Thome, Senior State Attorney for DCF, signed a VOLUNTARILY DISMISSAL AS TO JPLS AND HCLS ON MAY 20TH, 2008 after DCF wrongfully, knowingly and maliciously conspired with Mr. Lubbe and accused me of sexually abusing my sons on March 25th, 2008. Amy Thome, Senior State Attorney for DCF also failed to provide exculpatory evidence to Honorable Judge Fensom on March 19th, 2008 and throughout the entire case. Ms. Colbert, Case Manager for Big Bend, DCF, conspired with Mr. Lubbe against me with the intent to obtain financial gain and causing irreparable constitutional injuries to my family. Violation of the 14th Amendment: "It is forbidden the denial of Life, Liberty or Property without Due Process of Law" under Section 1983 it is viable to impose liability on anyone who, under color of State Law, deprives a person of any rights, priviledges, or Immunities secured under the Constitution and Federal Laws. If a private citizen, Mr. Lubbe, conspires with a State/Federal Actor, then the private citizen is subject to Section 1983 Liability as well.

35. I filed a Petition with Honorable Judge Fensom to have Mike Reiter, Public Defender, removed from my case for Violating our Federal and Constitutional Rights after he failed to provide the Court exculpatory evidence, violated our Right to be heard, Amendment 14: Citizenship Rights, Amendment 1: Redress of grievances, and the following, but not limited to, Constitutional and Statutory Provisions: 42:1983 Action under State Color Law, Civil Rights Act; 42:1986 Action under State Color Law for Neglect of Duty in conspiracy with a private citizen, Mr. Lubbe; 31:3729 Action under False Claims Act.

36. Andrea Colbert, Case Worker for Big Bend, Lisa Coleman Supervisor for Big Bend, Amy Thome DCF State Attorney in conspiracy with a private citizen under Section 1983 imposing Liability under The Color of State Law acting as State/Federal Actors violated the 5th Amendment: Trial and Punishment, Compensation for Takings... "No person shall be held to answer for a capital, or otherwise infamous crime...Nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb...nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property without Due process of Law..." Ms. Colbert, Case Worker for Big Bend perjured herself and also Violated Amendment 8 with : Cruel and Unusual Punishment by sending Alejandro to Bradenton, Manatee County at Manatee Palms Youth Center; A Sex Offenders Unit in which he HAD TO ADMIT TO SEX CRIMES in order

to successfully complete the Program. Alejandro was punished, isolated, banned from seeing his brothers, family, myself, and DENIED AN EDUCATION because he refused to confess to a crime that he did not commit.

37. On June 13th, 2008, I contacted the Department of Children and Families in Tallahassee, Angel Trejo, and filed a third report for misconduct, retaliation, and excluding exculpatory evidence by the same State Employees, Andrea Colbert Case Worker for Big Bend and Lisa Coleman Supervisor for Big Bend, under Section 1983 imposing Liability on anyone who, under Color of State Law, deprives a person of any Rights, Privileges, or Immunities secured under the Constitution and Federal Laws as well as any Private citizen, Mr. Lubbe, who conspires with a State/Federal Actor is subject to Section 1983 Liability. Complete report is available. The report was filed with Mr. Anthony C. Jackson, Regional Investigator; Office of Inspector General in Tallahassee, Florida. We were then victims of Violation of Amendment 8: Cruel and Unusual Punishment.

38. July 15th, 2008. I was battered by my ex-husband, Jan Frederick Lubbe, upon my return (with my twins) from Bradenton, Florida. I told Mr. Lubbe that I had found out the truth. I also told him that I had set up an appointment with an FBI Agent in Pensacola, Florida. He fractured my ribs and under Section 1983: Mr. Lubbe, a private citizen, conspired with State/Federal Actors acting Under Color of State Law and violated Amendment 8: Cruel and Unusual Punishment when inflicted physical, emotional, sexual, spiritual and educational torture upon JPLS, HCLS, Alejandro and myself through abuse, isolation, fear, exposure and fraud. The following Constitutional and Statutory Provisions have been and *continue to be* Violated: Amendment 14- Citizenship Rights. Mr. Lubbe previously joined the Bioterrorism Military Infantry in South Africa as a Captain in Anti-Terrorism in the Angora War. His affiliations exclude him from the priviledge of ever becoming a citizen of the United States of America. Mr. Lubbe does not abide by our Constitution so he should not be protected by it either.

39. We resided at 909 Garden Club Dr, Panama City, Florida, 32401.

40. July 16th, 2008. I met with an FBI Agent in Pensacola, Florida. I was told to report my complaints to the State Attorney's Office. I was also told that if the State Attorney's Office would not assist me, the FBI would get involved.

41. July 17th, 2008. Meeting was held, pursuant to Angel Trejo's request, Florida Department of Children and Families from Tallahassee; investigations' Department, in Panama City. He did not attend the meeting.

42. July 17th, 2008. Said meeting was held by Sara Parramore; Client Relations Manager, District 2 from THE DEPARTMENT OF CHILDREN AND FAMILIES.

43. I was asked to provide the original documents. I did as well. I requested that copies be

made. I demanded that the originals be returned to me. I was asked not to retain an attorney. I was told that they (DCF) was to to fix it "in-house".

44. July 17th, 2008. I went to the Office of The State Attorney, Fourteenth Judicial Circuit, Panama City according to the instructions given to me by the FBI.

45. July 17th, 2008. I met with Shalla L. Pheps, Assistant State Attorney. I reported violation of our Constitutional Rights secured under Section 1983 by three DCF employees, Andrea Colbert Case Worker for Big Bend, Lisa Coleman Supervisor for Big Bend and Mary Helen Barnes Program Director for Big Bend. Ms. Pheps stated that I had to name them by name, in their professional and personal capacity. I did. Ms. Pheps told me that there was "nothing" that she could do. I, further reported that I was only following the instructions given to me by the FBI.

46. Ms. Pheps's final statement was: "I will not get involved with DCF". Ms. Pheps Violated our Constitutional and Statutory Provision under Section 1983 of 42:1986 "Neglect of Duty".

47. July 17th, 2008, Dependency Court in Bay County before Honorable Judge Fensom. Alejandro's case was Court Ordered a Change of Venue and Jurisdiction was transferred to Manatee County as the twins and myself had established a permanent residence in Bradenton since May 2008, the twins were enrolled in the Home School Program for the 2008-2009 School Year, recently joined a new church, purchased a truck, signed a Lease at a Luxury Condominium, opened a new bank account, did a Change of Address, contacted Social Security Administration and transferred my benefits to Manatee County, started family therapy for Survivors of Domestic Violence, and Alejandro's paternal family lived in Tampa and Miami. We were settled.

48. July 17th, 2008. My twins, JPLS and HCLS, and myself moved to a local Hotel. Holiday Inn on 77 HWY. We had no funds available; Mr. Lubbe had interfered with my SSDI benefits and my bank accounts. Violation of 42:0206 "Social Security Benefits", 42:0205 "Deny the Right to our Social Security Benefits", 42:1983 "Civil Rights Act", 48:1985 "Conspiracy/Deprivation of Civil Rights", 31:3729 "False Claims Act", 31:3131 "Fraud" Amendment 14: "Citizenship Rights". 42 U.S.C. Section 1983 with conspiracy by Andrea Colbert, Case Worker Big Bend and Mr. Lubbe, Private citizen. Our house had no electricity, no water, no food, and we had no vehicle. Mr. Lubbe was forcing me to call my family back home (Spain) and demand more money. I said no.

49. Mr. Lubbe threatened me and requested ten million dollars. Otherwise, he would kidnapp the twins, hide them in "the zulu jungle", make "zulus" out of them, and I will never find them.

50. I was in a lot of pain. I could barely breath. I took a look at myself in the bathroom

mirror. I was bruised. My left rib cage had the marks of a hand. A bruised hand print. Two of my ribs were sticking out. I knew that I had been severely hurt.

51. July 18th, 2008. I contacted my brother, Paul Alberto Siska Goytre, in Miami. Paul and my twin brother, Michael Angel Siska Goytre, Madrid, Spain, financially assisted my sons and I.

52. July 19th, 2008. The twins and I went to our home at 909 Garden Club Drive. We wanted to make things work out. It was 9:00am. Mr. Lubbe was intoxicated. He told the twins that "he had invested 10 years in this marriage and expected to be compensated". Mr. Lubbe told Harry "and if you speak up, I will lock you up; just like I did with Alejandro". Mr. Lubbe then further stated to me: "You don't know what I am capable of. By the time that I am done with you, you are going to wish that you were dead...if you are not dead by then. You are going to beg me to die. Nobody will ever believe you. No Judge in Bay County will ever give you the twins. DCF is by my side. Andrea Colbert is the worst of all of them, and she is with me". Mr. Lubbe also told the twins "You guys were not even supposed to have been born. Mr. Lubbe told me: "You are not going anywhere".

53. HCLS was crying. JPLS went after him. JPLS held my hand and said: "Mommy, let's go and never come back". HCLS told his father, Mr. Lubbe: "I love you as a father, but I hate you as a Dad. You are a monster".

54. We never went back.

55. July 20th, 2008. I went to see my Doctor, Connie Eadie. I still could barely breath; I was in a lot of pain.

56. Connie Eadie stated that she would not report it to the local authorities for I had left the house to ensure the twins' safety. She asked me, however, to call the Local Police Department. Medical report is available.

57. July 21st, 2008. I called Panama City Police Department. Officer Chris Taylor arrived at the Holiday Inn. I expressed my concerns for pressing charges; as Mr. Lubbe, my husband and father of the twins, had repeatedly threatened me with kidnapping the twins and killing me. I was in fear of retaliation.

58. July 21, 2008. PCPD Officer Taylor took a report. Called PCPD and requested for a female PCPD Officer to arrive at the scene. Pictures of my injuries were taken. PCPD, Officer Chris Taylor charged Mr. Jan Frederick Lubbe with a First Degree Aggravated Battery Felony with intent to commit bodily harm.

59. I was in fear of further harm and retaliation by Mr. Lubbe. Officer Taylor reassured me

that nothing would happen to us.

60. I asked Officer Taylor, PCPD, what to do next. Officer Taylor, PCPD, told me to go to Bradenton, FL. and not to come back to Panama City. Officer Taylor, PCPD, told me that I had a couple of hours to pick up my personal belongings and my children's from our current home residence. I did as instructed.

61. Officer Taylor, PCPD, offered me no services, though I had asked for help. No information for victims of domestic violence was given to us. We did not recieve a brochure with a case number, our rights as victims, agencies to assist us, nor a pamphlet from the Coalition against Domestic Violence. Section 1983 under Color of State Law imposes liability on anyone who deprives a person of any Rights, Privileges or Immunities secured by the Constitution and Federal Laws. Amendment 14: Citizen Rights; Amendment 1: Freedom of Religion, Press, and Expression; Amendment 9: Construction of Constitution; and Constitutional and Statutory Provision 42: 1986 "Neglect of Duty".

62. We were uninformed of our right for an Advocate.

63. Officer Taylor, PCPD, also failed to offer us going to a SAFE HOUSE.

64. We did not know what to do, what our rights or responsibilities were, how and where to seek assistance. I did not know how to seek assistance in order to protect my children, within the means of the law, from further abuse, retaliation, and possible kidnapping.

65. July 23, 2008. Officer Taylor reported to Sherill Clark-Antas and myself that Mr. Lubbe had confessed to another crime while being arrested. Mr. Lubbe confessed to being the one making the false reports to DCF and that is why he thought he was being arrested. Mr. Lubbe was never charged. Violation of Provision 42:1986 "Neglect of Duty". Violation of Amendment 14: "Citizenship Rights". Violation of 42 U.S.C. 1983 acting Under Color of State Law.

66. Officer Taylor did not give me any assistance. Even though, he was the one who filed the police report, pressed charges(without my approval), and arrested Mr. Lubbe (without my consent).

67. My children and I suffered the consequences. We had been abused by Mr. Lubbe, and then were left unprotected, in more danger than ever, and further victimized.

68. July 24,2008. Pursuant to Officer Taylor, PCPD, JPLS, HCLS and myself, arrived to Bradenton, Fl.

69. Mrs. Sherill Clark-Antas offered to drive us as I still could not drive due to the injuries

that I sustained by Mr. Lubbe.

70. July 25,2008. Mr. Lubbe was released on bond. Pastor Dr. Richard Watson signed a Promisory Note on Mr. Lubbe's behalf.

71. July 25, 2008. Mr. Lubbe called the local authorities in Bradenton and accused me of "absconding with the twins".

72. July 25, 2008. Ali Kim, Manatee County Sheriffs Office, Protective Services, arrived with Officer Sheahorn with the intent to arrest me.

73. July 25, 2008. Andrea Colbert, Case Manager from Big Bend, and "intimate" friend of my ex-husband's called Manatee County and reported that the twins were in danger with me, that I had no parental rights, and demanded the return of my twins to Bay County. Ms. Colbert, intentionally engaged in Unjustifiable Conduct. Her actions resulted in further harm. She violated Amendment 1: Freedom of Religion, Press and Expression; Amendment 4: Search and Seizure, Amendment 5: Trial and Punishment, Compensations for Takings. She kept saying that the twins were in Foster Care, that I was on run away with them, that Alejandro was a sex offender, that I was wanted in Bay County, had a mental illness...constantly violating our privacy, morality, decency, and credibility.

74. July 25, 2008. For the record, Andrea Colbert, Case Manager for Big Bend, and Mr. Lubbe failed to tell Manatee County Sheriffs Office, that he was just released from jail on bond. He was charged with a First Degree Felony for Aggravated Battery and that part of his Pre-Trial Release Agreement was that he was not to have any contact with the twins nor myself. Case number: 08-08863. 42 U.S.C. 1983 "Deprivation of Civil Rights under State Color of Law depriving a person of any rights,privileges, or immunities secured under the Constitution and Federal Laws in Conspiracy" with Mr. Lubbe, a private citizen.

75. August 9, 2008. We drove to Tallahassee from Bradenton. I had an appointment with Anthony C. Jackson, Regional Investigator, Department of Children and Families, scheduled for Augusst 11, 2008, pursuant to his request.

76. August 9, 2008. That was the last time Alejandro and his twin brothers had contact with each other. Andrea Colbert, Case Manager for Big Bend, contacted Manatee Palms Youth Center (MPYC) and reported that Honorable Judge Fensom from Bay County, had signed a "No Contact Order". That Order was never produced. Ms. Colbert, knowingly abused her position as an State employee. Ms. Colbert deprived us of our Constitutional Rights with the intent to inflict further harm.

77. August 9, 2008. while driving to Tallahassee, I received a phone call from Mr. George,

Case Manager, Manatee Palms Youth Center. I was told that there was a no contact order between my son, Alejandro, and I, pursuant to Ms. Colbert's directives. It was false.

78. I saw Alejandro twice for a total duration of fourty minutes between August 2008 and December 2008. We were deprived of our Constitutional Rights of Familiar Association without Due Process, the Fundamental Right to be a parent under 1983, and Violation of Amendment 14: Citizenship Rights by an State employee and State Actor, Ms. Colbert, Big Bend, DCF, acting under Color of State Law and in Conspiracy with a Private citizen, Mr. Lubbe.

79. August 9th, 2008. It was the last time that my twins, JPLS and HCLS, saw their brother, Alejandro. I saw him again on December 4th, 2008, for a duration, not to exceed 20 minutes without Due Process of Law violating Amendment 5. Section 1983: Under Color of State Law and in conspiracy with a private citizen, Mr. Lubbe, Andrea Colbert Case Worker for Big Bend and Lisa Coleman Supervisor of Big Bend, deprived us of our Constitutional Rights by falsely and maliciously reporting to Manatee Palms Youth Center that Honorable Judge Fensom, Bay County, had issued a "No Contact Order". MPYC Nurse medical reports state "DCF reports there's a No Contact Order with the mother by the Judge". Though the " No Contact Order" was never produced, MPYC failed to abide by Statutory Regulations and Mandatory State "Rules and Rights" from the Florida Department of Health. I have seven "home-made" No Contact Orders solely based on the verbal directives given by Andrea Colbert, Case Worker for Big Bend. Ms. Colbert, Case Worker for Big Bend knowingly and intentionally deprived us of our Fundamental Constitutional Rights with the intent to inflict further harm, impose her control, and abuse her position as an state employee to empower herself without any regard for the wellbeing of my children, and the preservation of our family. Violation of 42 U.S.C. Section 1983 Under Color of State Law. Violation of 42:1986 Under Neglect of Duty, Violation of 31:3131 Under Fraud, Violation of 31:3729 Under False Claims Act, Violation of Amendment 14 Under Citizenship Rights, and Violation of Amendment 8 Under Cruel and Unusual Punishment with the malicious purpose to retaliate and maintain control. These records are available for the Court.

80. August 11,2008. I met with Anthony C. Jackson, Regional Investigator, Florida Department of Children and Families. Mr. Jackson requested copies of all of my records. I submitted them. Including Alejandro's medical injuries while under the custody of DCF in Orlando, Fl.

81. August 11, 2008. Once again, I was told by Mr. Jackson, Regional Investigator for DCF in Fla. not to retain an attorney and that they (Regional Office) would "fix it in house". I was also asked to "do nothing" though the situation was critical and the "allegations" very serious in nature if, indeed, were correct. I made the remark that my statements

were NOT allegations; they were accusations. Though I was not very familiar with the Federal, State, and Local Laws of the United States of America, I was able to distinguish right from wrong, good faith from deliberate retaliation, and incompetence from organized crime orquestrated by Andrea Colbert Case Worker for Big Bend, Lisa Coleman Supervisor for Big Bend, Mary Helen Barnes Program Director for Big Bend, Rene Creteur PI Protective Services for DCF, and a number of other ones. I respectfully declined to provide further information regarding names, positions, places, times, crimes comitted, police reports and my tapes since I was unable to still use my right arm without extreme discomfort and had two cracked ribs on my left rib cage. All documents are available for the Court.

82. August 20th, 2008. The tires of our truck were slashed in Bradenton, Florida. I had purchased the truck on August 8, 2008. Three nails were left behind (that is Mr. Lubbe's signature). Employees at the Holiday Inn recognized Mr. Lubbe from photographs. We called the police and filed a police report. It was taken as a "Hate Crime".

83. August 20, 2008. The Officer informed us that no " Order For Protection" had ever been filed despite what Officer Taylor had told us in Panama City, Florida. I was instructed to go to the Court House and file an " Order of Injunction for Protection Against Domestic Violence with Dependent Children". Case number and police report is available.

84. August 21, 2008. I filed a Motion for Protection Against Domestic Violence with Dependent Children, Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit. Notice of Related Cases, Rules of Court Etiquette, Notice of Social Security Number, Law Enforcement Information Sheet, Notice of Confidential Address and other Relief in Bradenton, Manatee County, Florida. Case Number 2008-DR-7844. The Motion was GRANTED and an Injunction for Protection, Initial Custody Jurisdiction under the ( UCCJEA) Affidavit, Physical and Legal Custody, Child Support and other Relief was Ordered by Honorable Judge Brownell from Manatee County. Mr. Lubbe was also Court Ordered to have "No Contact with the twins" despite my recommendation of continuing contact to honor Mr. Lubbe's Fundamental Rights of Family Association while in accordance with his Pending Criminal Case for Domestic Aggravated Battery (Supervised Contact with the twins by a DCF Case Worker) and any Acts of Violence was Prohibited.

85. August 21, 2008. Jurisdiction under the UCCJEA, and Custody of the minor children was granted on my behalf in Manatee County, Florida.

86. September 3, 2008, at 9:00 am a Hearing was set before Honorable Judge Brownell , for a Permanent Injunction for Protection against Domestic Violence with Dependent

Children.

87. I notified Sherill Clark-Antas, AKA O'Conell, a family friend in Panama City, Fl. She asked me to fax the records, Injunctions and Court Orders to her. So I did.

88. September 3, 2008. At 9:00 am the hearing was held. Though I had all my documents ready and individual folders for each party, I was advised by Ms. Bryant, Domestic Violence Advocate, from HOPE not to disclose any information, nor to submit to the Court the Folder with all of my Legal Assertions, Facts, Finances, and other pertinent documents. Ms. Bryant attended the hearing. Violation of Section 1983 under Color of State Law. Violation of Amendment 1: "Right of Conscience", Violation of Amendment 9: "Construction of Constitution", Violation of Amendment 14: "Citizenship Rights", and the Violation of the Constitutional and Statutory Provision 42:1986 "Neglect of Duty".

89. C. Michael Kelly Esq. for Mr. Lubbe, <u>filed a Motion to Dismiss which was denied</u>. Mr. Kelly Esq. for Mr. Lubbe and Law Firm member for the State of Florida (DCF) filed for a" Change of Venue" based on Inconvenient Forum. "...when making an inconvenient forum decision the Court must allow the parties to submit information and then analyze the statutory factors based on that evidence...". *F.S.*61.520 (2) Mr. Kelly Esq. for Mr. Lubbe and State Actor Violated the Provisions of Section 1983 Under Color of State Law and in Conspiracy with other State Actors, Andrea Colbert Case Worker for Big Bend and Lisa Coleman Supervisor for Big Bend in Bay County jointly with Mr. Lubbe, a private citizen, in conspiracy with an State/Federal Actor by depriving our sons and myself of any Rights, Privileges and Immunities secured under the Constitution and Federal Laws. Mr. Kelly, Esq. THE DEFENDANT'S ATTORNEY, engaged in **"Unjustifiable Conduct". *F.S.* 61.521 (1)**. "... If the Petitioner has engaged in <u>*Unjustifiable Conduct*</u>, <u>*the Court must decline to exercise Jurisdiction...".*</u> ..."Any removal that is done without the other parent's knowledge or under false pretenses is wrongful (Fla. 3d DCA 1981). "The UCCJEA is directed to unjustifiable conduct....an abusive parent who flees with a child to another state to establish jurisdiction has engaged in unjustifiable conduct". UCCJEA & 208, Comment, 9 U.L.A. 685 (1999).

90. September 3rd, 2008, Mr. Kelly, Esq. for Mr. Lubbe and State/Federal Actor under Section 1983 acting under Color of State/Federal Law and in Conspiracy with other State/Federal Actors (paragraph 88, lines 7 and 8), and Mr. Lubbe, Private Citizen Actor, told the court **UNDER OATH** in Manatee County that: 1) We were "pending" divorce proceedings in Bay County under Civil Procedure. 2) I "absconded" with the twins to avoid Legal Action. 3) Our whereabouts were unknown. 4) The twins were NOT registered in any school nor attending school. 5) Alejandro was in a Sex Offender's Unit in Bradenton for sexually abusing the twins. 6) I was endagering the twins' welfare. 7) There was an open case in Bay County in Dependency Court for Alejandro for Failure to Protect against me. 8) I had mental illnesses and was unable to protect and provide for

the twins. 9) I was delusional, paranoid, addicted to Xanax and alcohol, and mentally unstable. Mr. Kelly, Esq. for Mr. Lubbe submitted to the Court "Volumes" of documents facilitated by Andrea Colbert, Case Worker for Big Bend and State/Federal Actor in Bay County, from Dependency Court with allegations, reports, and a verbal "No Contact Order" between Alejandro and myself that were falsified, altered, or had been dismissed. Andrea Colbert, Case Worker for Big Bend and State/Federal Actor faxed those documents to Mr. Kelly, Esq. the night prior. I have these "documents" available for the Court with the times, fax numbers, and the names of the involved State/Federal Actors acting under Color of State Law, 42:1983/ Conspiracy and Deprivation of our Civil and Constitutional Rights, Privileges, and Immunities secured by the Constitution and the Laws.

91. Mr. Lubbe: 1) Failed to tell the Court that he had a Criminal No Contact Order as a Condition for his Bond. 2) Was pending First Degree Felony Charges for Domestic Aggravated Battery. 3) **Had not filed a divorce action nor any other proceedings in any other County or State.** 4) Was in Violation of a Pre-existing, valid, and enforceable Court Order in Bay County. 5) We relocated through "The Victim Relocation Program" and in accordance with his arresting Officer Chris Taylor recommendation, moved to Bradenton to be closer to both my son Alejandro and all of my family whom reside in Broward and Dade County. 6) We had lived in Ft. Lauderdale since 1985 and only recently moved to Panama City on a Temporary Basis. 7) There were no pending custody determinations elsewhere. All supporting documents, Orders, and reports are available upon the Court's earliest convenience.

92. September 3, 2008. Mr. Kelly Esq. for Mr. Lubbe, failed to tell the court that his client had a "No Contact Order" per his pending felony case. I told Honorable Judge Brownell. Mr. Lubbe was asked if he had any restrictions on visitation with the children, to which he responded "Yes". Since I was told by Ms. Bryant no to speak up, the truth was not heard.

93. September 3, 2008. At the hearing Mr. Lubbe asked for a one time visit with the twins since Dr. Watson, Pastor, had accompanied him to Bradenton. Honorable Judge Brownell allowed for a two hour supervised visit by Dr. Waston between the children and Mr. Lubbe. JPLS refused to go. The Manatee County Sheriff had to get involved due to Dr. Watson's "Disorderly Conduct" displays in the Court House.

94. **September 3, 2008. Honorable Judge Brownell denied the Motion to Dismiss The Injunction for Protection against Domestic Violence with Dependent Children and Other Relief. Honorable Judge Brownell EXTENDED The Injunction for Protection against Domestic Violence with Dependent Children, Other Relief, Jurisdiction to Enforce the UCCJEA, Child Support, No Contact between Mr. Lubbe and his children, Physical and Legal Custody was GRANTED to me, and a Notice of Confidential Address**

**was ENTERED.**

95. Under Civil Procedure, *F.S.* 61.520, Change of Venue was **GRANTED** presumely in accordance with Florida Statutes that define the parameters for *"Inconvenient Forum"*; yet, based on false testimony as there were no Pending Litigations in Family Court in Bay County. The only Family Court that was familiar, exercised jurisdiction, and had a pending case was Manatee County. The nature and location of any evidence required to resolve any future litigation, including all three sons testimony, Registration Of all Child Custody Determinations were completed and filed in Manatee County in accordance with the Provisions of the UCCJEA under *F.S. 61.528,* and *CHILD CUSTODY PRACTICE UNDER THE NEW ACT, 32, F.S.* 741.315(4)(a), Custody Provisions in Domestic Violence Injunctions under *F.S.* 55.501-55.509 were filed in Manatee County, and the pending Dependency Case, had been transferred to Manatee County and was closed in Bay County pursuant to Honorable Judge Fensom's ruling.

96. September 3rd, 2008, Mr. Lubbe and Dr. Watson violated the Provisions of the Injunction for Protection against Domestic Violence under The Terms and Conditions of "Other Relief" that same day. Dr. Watson left Mr. Lubbe unsupervised with HCLS. Mr. Lubbe obtained our addres, telefone number, cell phone number, where we lived, our schedule, the church, everything. He started terrorizing us again.

97. September 5, 2008. Mr. Lubbe and his Attorney, Nancy Jones Gaglio, signed under oath in Bay County, a "Declaration Under the Uniform Child Custody jurisdiction Act" (UCCJA). Mr. Lubbe failed to document that there custody Proceedings in Manatee County, an Injunction for Protection, that I had Custody, and claimed the twins overuling Honorable Judge Brownell's Ruling 48 hours prior without any regard nor respect to our Constitution, our Country, and our Legal System.

98. September 5, 2008. Ms. Deborah D. Pearson, Notary Public, for the Fourteenth Judical Circuit Court in Bay County Florida, notorized Mr. Lubbe's declaration under the Uniform Child Custody Jurisdiction Act. This declaration contains false statements as forty eight hours prior to that date, Mr. Lubbe was denied custody and visitation rights in Manatee County. The case from Manatee County for Domestic Violence was still in Manatee County.

99. September 5th, 2008 at 3:30pm, Honorable Judge Brownell signed the Change of Venue Order. It clearly States that the Injuction is to be valid **UNTIL** the case makes it to Family Court in Bay County or after 30 days. It never made it to Family Court in Bay County.

100. September 9, 2008. Mr. Lubbe and his Attorney, Nancy Jones Gaglio, filed a petition for Dissolution of Marriage and other Relief in Bay County. On Section VII, Mr. Lubbe contradicted himself and **affirmed** that he filed a **"completed"** Uniform Child Custody

Jurisdiction and Enforcemant Act(UCCJEA) Affidavit.

101. September 9, 2008. Mr. Lubbe violated the conditions of the UCCJEA. He stated on his (UCCJA) that there were no pending cases or custody procedings in any other other state. He forgot that 48 hours prior in Manatee County, Honorable Judge Brownell, granted me custody for the second time. However, he filed it in Court without any regard to our welfare, the legal ramifications, and the scars that our twins will have for life. He also filed a HABEAS CORPUS and held the American Legal System liable for having a "loophole".

102. September 9, 2008. Though Honorable Judge Brownell had granted me custody for the second time and stated that Jurisdiction to determine custody of the children is proper under the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA), that I filed on August 21, 2008 in accordance with the Florida Statutes was appropriate, Mr. Lubbe decided differently, and pursued other ways to reach his goals.

103. September 9, 2008. Mr. Lubbe notarized and  filed in Court in Bay County an Emergency Verified Motion for Temporary  Relief and Writ of Habeous Corpus alledging that his children's whereabouts were unknown, that I had absconded with them, were in imminent danger, that I was a detriment for them, and that he feared for his children's welfare and lives. Mr. Lubbe failed to tell the Court that he had no standing in Court, that I had Custody, there was an Injunction in place and he actually violated it within the first two hours.

104. September 9, 2008.  Bay County had no records from Manatee County's Domestic Violence records. Mr. Lubbe  reitterated the validity of his (UCCJA) and stated for the record that there were no cases pending and that the twins were "in the physical possession of the mother".  Mr. Lubbe failed to report that I had a valid Injunction for Protection, an accurate UCCJEA, and Custody. He attempted to File an Ex-Parte Motion for a Pick Up Order despite the fact that he did not have custody AFTER a Hearing had been held and an opportunity to be heard had been provided.

105. September 9, 2008, Ms. Deborah D. Pearson, Notary Public for the Fourteenth Judicial Circuit Court in Bay County Florida, witheld the Motion "Posted CB" until October of 2008. It was never heard, though Nancy Jones Gaglio claims it went before Honorable Judge Richard Albritton.

106.  September 15, 2008. Sandra Childers, Deputy Clerk of Court, in Bay County never filed the order for transfer, a certified copy of the porgress docket and all the original pleadings as filed pursuant to Florida Rules of Civil Procedure.

107. September 23, 2008.  I attempted to file for the violation of the injunction in Manatee

County. Bay County case number 08010293DR.

108. September 24, 2008. Police report for Domestic Disturbance by Officer Price, PCPD, against Mr. Lubbe and his attorney Nancy Jones Gaglio.

109. September 25, 2008. My twins and I spent the whole day at PCPD station. Nancy Jones Gaglio stated she had a summons for me. Officer Price offered to Nancy Jones Gaglio to have me "served" at PCPD station. Officer Price reported that Mr. Lubbe and Nancy Jones Gaglio were being "uncooperative. Officer Price further stated to me "Do you know whats a pick up order?". I replied "Yes". He further stated the following "Thats what she(Nancy Jones Gaglio) wants to do. And it can't be done while you are in Bay County. Good luck".

110. September 28, 2008. I attempted to file a Violation of the Injunction for Protection in Bay County as I was instructed in Manatee County Court House. Case number 08010293DR. There were no records. I have records available to demonstrate that Manatee County assumed my case had been transferred and Bay County Family Court, Clerk of Court, Sandra Childers did not document the existance of such records. We were left with no protection, no rights, no knowledge, and at the mercy of an abusive man.

111. Every pleading I filed from then forward went under Mr. Lubbe's case number for Disssolution of Marriage in which I was the repondant, case number 08-3950 in Bay County. I have the Orders scratched with the previous case number from Manatee County, names changed, new case numbers, and a different filing.

112. We were left without protection. Manatee County assumed that the case had been transferrred to Bay County and Bay County Clerk of Court, Sandra Childers, maliciously acting as a State/Federal Actor and in conspiracy with a private citizen, Mr. Lubbe, failed to enter our information violating all of our Constitutional Rights and depriving us of any Rights, Privileges, or Immunities secured under the Constitution and the Federal Laws, Section 1983: Color of State Law. We did not have the Right to be heard, nor to be protected, nor to defend ourselves. 14th Amendment stipulates that " It's forbidden to deny Life...Liberty....or Property...without Due Process of Law and that we shall all have equal protection of its' laws". We were Violated. We still are.

113. Mr. Lubbe and Sherill Clark-Antas both private citizens under Section 1983: Color of State Law maliciously and intentionally conspired with the following State/Federal Actors against myself: Andrea Colbert, Case Manager, Big Bend. Renee Creteur, DCF, PI. Heather Hurd, Superintendent of DJJ in Panama City, Bay County. Depriving us of any Rights, Privileges, or Immunities secured under the Constitution and Laws without any Compensatory Relief for the deprivation of our Federal Rights by State/Federal Actors.

Further information and documents are available upon request.

114. October 3, 2008. I was informed in Manatee County Court House that the Injunction for Protection and Other Relief would expire unless I re-filed it in Bay County by myself since it never made it to the docket in Family Court as Ordered.

115. October 7, 2008. Detective Camacho, Manatee County Sheriffs Office, showed up in our house. He spoke with the twins. I was reluctant to trust anyone; however, we did need a helping hand and opted to disclose personal information in hope of guidance, and advice.

116. October 10, 2008. I was served for Dissolution of Marriage. I had 20 days to reply. Mr. Lubbe's UCCJEA signed under OATH on September 9, 2008 and filed on September 9th, 2008 in Bay County Violating the Initial Custody Determination, and depriving us of our Constitutional Rights, Privileges and Immunities, was stamped by the Court, processed, and filed. Mine was nowhere to be found. He Violated the Hague Convention Treaty, *F.S.61.525* and engaged in Unjustifiable Conduct, *F.S. 61.521(1)* ..." If the Petitioner has engaged in *Unjustifiable Conduct* , the Court must decline to exercise Jurisdiction".

117. October 13, 2008. Detective Camacho reviewed some of my documents. I was told by him that I had no need to go to a hearing that was scheduled for October 15, 2008, because I had not been served. He advised me to go to Miami with my children "until all this mess was over". He further reported that I had been served for the divorce; nothing else. The Hearing was disposed off when I checked the Docket that afternoon.

118. October 15, 2008. I filed a Petition for Protection for Domestic Violence OBO JPLS and HCLS, pursuant to their request. It was GRANTED. The UCCJEA was also accepted and custody of my twins was granted to me again. We picked it up at 4:30 pm. My Twins were exhalted and felt protected by Honorable Judge Dubenski, Manatee County. Their little voices had been heard.

119. October 15, 2008. I told Sherill Clark Antas that the twins got their own Injunction and felt alot safer. She asked me to fax the documents to her. I did. I trusted her. She told me that she was my friend and I believed her. Ms Antas maliciously decieved me and conspired with Mr. Lubbe, a private citizen, and Andrea Colbert, Case Worker, Big Bend and State/Federal Actor under Section 1983 Under Color of State Law to deprive us of our Rights, Privileges and Immunities secured by the Constitution and Laws.

120. October 16, 2008. The twins and I went to a safe house pursuant to the instructions of HOPE, Manatee County. Our house had been broken into every day for the past week. HOPE was in fear of retaliation by Mr. Lubbe, and wanted to protect the twins from further harm.

121. October 16, 2008. Nancy Jones Gaglio, Esq. for Mr. Lubbe, hand delivered a letter to Honorable Judge Richard Albritton. It was stamped at 4:35 pm. The letter included the following enclosures: **Emergency Temporary Relief Order (which was signed by Mr. Lubbe and notarized on September 9, 2008) though not filed nor processed, and an Ex-Parte Order to pick up Minor Children claiming physical and legal custody of the twins.**

122. Nancy Jones Gaglio, Esq. for Mr. Lubbe engaged in *Unjustifiable Conduct*. She was aware that the twins had requested their own UCCJEA and Protection Orders. She knew that the twins were being Home Schooled. She had a chance to summons me in panama City at the Panama City Police Department. Yet, she wanted to falsely accuse me of absconding with the twins and endangerment. She deprived us of our Rights, Privileges and Immunities secured by the Constitution and the Laws under Section 1983: Color of State Law and Conspiracy by a Private/Federal Actor.

123. October 17, 2008. At 9:41 in Bay County an Ex-Parte Order to Pick Up Minor Children was produced. I am certain that the Order is false. It is not an original. It was not in the physical files in Bay County Courthouse, it is not Honorable Judge Albritton's signature, and it is not sealed. There are conflicting Dockets and there was no hearing on that date.

124. The allegations state that Mr. Lubbe had filed under the UCCJEA, that I had received notice for a hearing on October 17, 2008 for an Ex-Parte Hearing to Pick Up Minor Children for the 17th of October, that same date, and failed to appear. We lived 500 miles away.

125. October 17, 2008. In Bradenton, Manatee County, The Sheriffs Child Protection Division asked me to go with my twins. We met with Kim Ali, Department of Children and Families from Manatee County and a Detective. We were interrogated seperately and without consent. I was seized to leave Manatee County without a Court Order nor a Warrant for my arrest. I offered the twins' Injunctions and was told that it was unnecessary because they could "pull it up". Violation of the 4th Amendment: Search and Seizure and the 14th Amendment: Citizenship Rights/ Section 1983 Under Color of State Law by a State/Federal Actor depriving us of our Constitutional and Fundamental Rights.

126. October 17, 2008. Sherill Clark Antas called me at the safe house and told me that on October 16, 2008, she gave our new cell phone number, location, the case number, copies of the Injunction Order, including the judge's name, Honorable Judge Peter Dubenski, case number: 2008-DR-9819 OBO JPLS and HCLS to Mr. Lubbe's attorney, Nancy Jones Gaglio, Esq. for Mr. Lubbe. Mrs. Antas, a private citizen, knowingly, maliciously, and hatefully, conspired with State/Federal Actors in the Abduction of my

twins thus Violating the Provisions of the UCCJEA, engaging in Unjustifiable Conduct, and on Section 1983 under Color of State Law willingly and without regard deprived us of our Fundamental Rights, Constitutional Rights, Privileges and Immunities secured by the Constitution and the Federal Government.

127. October 20, 2008. At or around 6:30 pm, the Safe House was surrounded by Manatee County Sheriffs Officers. After five hours of negotiations, (in which I was not allowed to speak with the police, nor produce my documents), I was informed I had to surrender my twins to the Sheriffs Department from Manatee County.

128. October 21, 2008. At 4:30 am, I surrendered my twins. That was the last time I ever saw them.

129. October 21, 2008. at 9:00 am I met with Mark Flaherty, Attorney at Law(my attorney) in Sarasota. He reported to me that the UCCJA supercedes the UCCJEA and there was nothing he could do. He told me to go to Panama City and request a hearing before Honorable Judge Albritton.

130. October 22, 2008. At 7:00 am, I arrived to Panama City. I arrived at the Coalition for Domestic Violence through the Salvation Army and was given directions to a Safe House. The Coalition failed to assist me. My twins were no where to be found.

131. I attempted to get on the calendar before Honorable Judge Albritton. Trish Reimer,, Case Manager, 14th Judicial Circuit, ex-employee of Nancy Jones Gaglio, and personal friend of Sherril Antas Clark conspired against me and refused. I was denied the right to be heard. We were deprived of our Rights, Privileges and Immunities secured by the Constitution and Laws under Section 1983 of Color of State Law by an State/Federal Actor.

132. October 25, 2008. I called Panama City Police Department and spoke with Officer Tillman Exum. I asked him to do a Well Check on my children at Mr. Lubbe's last known residence. Officer Exum reported that Mr. Lubbe had all the documents in order, that Jurisdiction was in Bay County, that a judge from another county signed the custody papers, and that I failed to attend a hearing on October 17, 2008. The first part of his report, however, is contradictory. It states that the Ex-Parte Pick Up Order was issued in Bay County. He refused to look into it and my children and I, as a result, did not recieve the protection and care that we are entittled to. Our Constitutional and Statutory Provisions were violated, 42:1986 "Neglect of Duty", 42:1983 Civil Rights Act Violation by an State Actor in conspiracy with other State Actors and/or Private citizen, Mr. Lubbe.

133. November 7, 2008. I filed in Bay County all of Manatee County's physical records,

pleadings, motions, orders, medical and school records, and other legal documents.

134. November 10, 2008. I filed for Civil Contempt of Court (UCCJEA) in Bay County with Trish Reimer, Case Manager, 14th Judicial Circuit. On February 17, of 2009, I received a letter from Trish Reimer, Case Manager, 14th Judical Circuit, impersonating Honorable Judge Albritton stating that the Motion had been denied for lack of sufficient evidence. It was not in the physical files at the Bay County Courthouse. I am in posession of the original. Ms. Trish, a State/Federal Actor conspired against me with Mr. Lubbe, a private actor, to deprive us of our Rights, Privileges and Immunities secured by the Constitution and the Laws under 42:1983; Color of State Law.

135. December 2008. I filed a Police Report with Panama City Police Department. I filed with Officer Loretta Tunning. I reported that I was a victim of identity theft and cybernetic crimes. I further reported that my twins had been abducted, not from me, but from a judge. I submitted a ten page statement. Nothing has been done to this date. Violation 42:1986/ Neglect of Duty, 42:1983/ Conspiracy and Deprivation of Civil Rights under Color of State Law.

136. December 2, 2008. Bay County Honorable Judge Albritton ordered the Dissolution of Marriage. Dr. Watson, Pastor, committed perjury in court and Rene Creteur, Department of Children and Families, PI, stated that I had lost my Parental Rights. Honorable Judge Albritton asked her to produce a document attesting to that fact and she was unable to do so. Honorable Judge Albritton court ordered an expedited hearing and instructed Nancy Jones Gaglio, Attorney for Mr. Lubbe, to make the appropriate arrangements for the expedited hearing. That hearing has never been held. I never had an opportunity to be heard. Justice has not been served. We were deprived and we still are being deprived of our Rights, Privileges and Immunities in Conspiracy with and by State/Federal Actors and Mr. Lubbe, a private Actor, 42:1983/ Conspiracy and Deprivation of Civil Rights.

137. December 16, 2008. Rene Creteur, DCF PI, called me and told me "No matter what you do, he (Jannie) is not going to jail". She also stated that she wanted the Life Insurance policies that Mr. Lubbe had purchased in our names. I refused.

138. December 16, 2008. I contacted Officer Chris Taylor, Panama City Police Department, attempting to file a police report against Mr. Lubbe for making false allegations to the Department of Chidlren and Families and for Battery on a "Disabled" Woman.Officer Taylor responded: "I put him in jail once, I am not putting him in jail again". Violation of 42:1986 Neglect of Duty. 42:1983/ Conspiracy and Deprivation of Civil Rights by an State Actor under Color of State Law.

139. January 28, 2009. I contacted the Federal Bureau of Investigation. I reported that my

twins were missing. the FBI, Department of Homeland Security, and Panama City Beach Police Department arrived at Sherril Clark-Antas' residence. The PCBPD went to a residence as instructed by the FBI agent, but there was no signs of my twins at that location.

140. January 28, 2009. FBI Special Agent, Mr. Alexus Hatten, contacted the Department of Children and Families, Big Bend, and spoke with Lisa Coleman, Supervisor for Big Bend, DCF. He was told by Lisa Coleman, Superviosor for Big Bend, DCF, that I had lost all of my parental rights for my three sons, and that they were safe. I told Special Agent Mr. Hatten that it was false. I reported that Andrea Colbert, Case Manager for Big Bend, Rene Creteur, DCF PI, Heather Hurd, Superintendant, Bay County DJJ, and Lisa Coleman, Supervisor for Big Bend, had conspired with Mr. Lubbe, a private citizen, acting as State/Federal Actors under the Color of State Law, 42:1983/ Conspiracy and Deprivation of Civil Rights, Privileges and Immunities secured under the Constitution and Federal Laws against my three sons and myself causing irreparable Constitutional, Emotional, and Fundamental damages as a result of their conspiracy and our deprivation of our Constitutional Rights. Special Agent Alexus Hatten checked out my story and my story checked out. Special Agent Mr. Hatten's findings were that I did not loose any of my parental rights. By then, it was April of 2009. The above mentioned employees from the Department of Children and Families, its subcontractors or subsidiaries willingly, wrongfully, and intentionally, denied me access to my children, and reported to the FBI that I was mentally unstable and did not know what I was saying.

141. February 10, 2009. I retained an attorney, Russell Ramey, to file for Defrauding a Judge, Violation and Enforcement of the UCCJEA, and invoking the Hague as Mr. Ramey told my brothers that he would do. After four months and ten thousand dollars later, he told me that: "Yes, Indeed, Mr. Lubbe did violate the UCCJEA". Mr. Ramey said to me that he would not put on the stand any state employees, colleagues, nor file federally. I was deceived. Mr. Ramey, Esq. intentionally and willingly conspired as a State/Federal Actor in conjunction with Michelle Mohedano, Case Worker for Big Bend, Nancy Jones Gaglio, Esq. for Mr. Lubbe, Sherill Clark-Antas, a private citizen, acting Under Color of State Law 42:1983/ Conspiracy and Deprivation of Fundamental and Civil Rights against my three sons and myself depriving us of our Rights, Privileges and Immunities secured by the Constitution and Laws.

142. June 16, 2009. Alejandro Rondon-Siska, my oldest son, was abandoned in an orphanage in Jacksonville by Michelle Mohedano, Case Manager for Big Bend, DCF. He was left with no medication, no identification, no parent information, no school records, no medical care, no social security card, insurance card, birth certificate, prior school records, or an emergency contact number. Michelle Mohedano, Case Manage for Big Bend, DCF, on the other hand, provided the Juvenile Court in Bay County, the

wrong address, and purposely chose to omit the fact that she had dropped him in an orphanage and in deplorable, unhumane conditions. Alejandro was nowhere to be found and, once again, in danger. Michelle Mohedano deceived the Court. I agreed to a one month "No Contact" between Alejandro and myself as he was going to be transferred immediately to a facility that met the minimum standards of living, at the very least, pursuant to another Court Order issued by Honorable Judge Fensom. Michelle Mohedano, Case Worker for Big Bend, DCF, and State/Federal Actor stated that she wanted for Alejandro to adjust smoothly and start school. Alejandro was never transferred. On the contrary, between June and October of 2009, we were both assaulted, chased, and injured on several ocassions. Our lives were in danger. 42:1983/ Conspiracy and Deprivation of our Civil Rights, Section 1983 under Color of State Law.

143. November 29, 2009. FBI Special Agent Mr. Hatten told me to file for a violation of the UCCJEA in Tallahassee or in Miami; preferably not in Bay County, and he would bring my babies back home.

144. December 5th, 2009. Orlando, Florida. Mr. Ben Alexander and I, Rocio Siska-Goytre, got married. My oldest son, Alejandro Rondon-Siska, while being falsely incarcerated, gave me away over the speaker phone. It was 11:30 am.

145. December 7, 2009. My oldest son, Alejandro Rondon Siska, was court ordered by Honorable Judge Apte, in Orlando, FL to be transported to Jacksonville by "secure transportation" within 48 hours.

146. Michelle Mohedano, Case Manager for Big Bend, the Department of Children and Families, accused me of "having lost my parental rights" in open Court in Duval and Orange County.

147. Michelle Mohedano, Case Manager for Big Bend, DCF, told Honorable Judge Apte, Orlando, Fl, that "I had a No-Contact Order with Alejandro; and that Alejandro had a Capias for his arrest in Duval County for failure to appear". It was false.

148. My husband, Ben Alexander, and myself arrived to Jacksonville, Florida, that same evening.

149. December 8, 2009. Mr. Alexander and myself went to see Alejandro's Public Defender in Jacksonville, Fl. We were told that I had no parental rights. We tried to explain; he refused. We asked to see the Court Order; he refused. We offered to produce the factual Court Orders; he refused. We attempted to tell him that we had been in Court the prior day in Orlando, and our son had been Court-Ordered "Secure Transportation" and wanted to know if he had any information; he refused. We were told to leave his office.

150. December 9, 2009 . Juvenile Court House in Jacksonville, denied me the right to inquire about my son's whereabouts. Michelle Mohedano, Case Manager, Big Bend, DCF, had informed the Court that I had lost my parental rights, and that she was the Legal Guardian. It had being 48 hours. Duval Sheriff's Department got involved. Alejandro was not in Orlando nor in Jacksonville. I contacted the FBI. I feared the worst. He could not be found, again. Duval County County Sheriff's Department, and the Federal Law Enforcement Unit were completely devoted at finding Alejandro and assisting me in any way possible.

151. December 10, 2009. I arrived to The Juvenile Court House in Jacksonville, Fl. It was 6:30am. Still no news. I was told to sit on a bench and wait. Honorable Judge Davis arrived, Law Enforcement, Alejandro's Public Defender, and his Juvenile Probation Officer. There was a lot of confusion and unusual activity. No news. The courtroom was closed to the public. I was not even allowed in. I was asked a lot of questions. By 10:30 am, an Officer informed me that Alejandro just arrived to the courthouse. He was in their custody, in need of some medical care, and that he was going to be placed in a secure area. I was told that he was found in Gainsville approximately five hours prior in the company of Michelle Mohedano, Case Manager, Big Bend, DCF.

152. December 10, 2009. A hearing was held that day at around noon. Honoralble Judge Davis's opening statement was to discuss "The No Parental Rights". The Clerk of Court apoplogized in open court. The Clerk of Court claimed it was a misunderstanding. Alejandro's Public Defender stated the "He was told so by Michelle Mohedando", Case Manager, Big Bend, DCF. She was not there. Honorable Judge Davis was very kind to me and I appreciate it tremendously. I had been humiliated, laughed upon, threatened, kicked out of the Clerk of Court's office, lied to, denied access to my son, and mistreated. Michelle Mohedano, Case Manager, Big Bend, DCF, though is no longer involved in our lives, she continues to harass us through third parties. Once again, we were deprived of our Civil Rights, 42:1983 under Color of State Law and Conspiracy.

153. January 23, 2010. A hearing was held before Honorable Judge Davis in Jacksonville. The hearing was scheduled for 11:00 am. No one was there to claim Alejandro. Alejandro has already been incarcerated on numerous occasions and in different counties since July of 2009. Yet, Alejandro's criminal record consists of stealing one half of a sandwich in 2008 and shooting a BB-Gun in 2009 while playing at a friend's house in the backyard. The owner of the house bought the BB-Gun. Her two children and my son were playing, yet my son was the only one arrested. The police reports also contain contradictory information and case numbers. Both cases are indicative of the corruption that the State is employing and the power they have to enforce it. Alejandro had a record from May 2, 2008 for trying to steal one half of a sandwich in Orlando when he was dropped by DCF in a Drug Shelter Unit, had been battered, stabbed,

assaulted, was hungry, cold, and frightened. He was running for his life. Andrea Colbert, Case Worker, Big Bend, DCF, and Mr. Lubbe's intimate friend, told Honorable Judge Fensom on April 6, 2008, that Alejandro was on runaway. Alejandro was in the hospital, ER, Level V care in Orlando. The Judge ordered a Pick Up Order based on false testimony given by Andrea Colbert, Case Worker, Big Bend, DCF, and Amy Thome, Senior States Attorney, Juvenile Division. That same Pick Up Order has been used to have Alejandro arrested seven times for failure to appear in court in Orlando before Honorable Judge Apte for the charge Petty Theft (half of a sandwich). This Pick Up Order has been used to the advantage of Andrea Colbert, Case Worker, Big Bend, DCF, and Michele Mohedano, Case Manager, Big Bend, DCF. Honorable Judge Apte issued a warrant for the arrest of Andrea Colbert. 42:1983/ Conspiracy and Deprivation of our Civil Rights by an State/Federal Actor with the intent to cause harm.

154. Only two Pick Up Orders have been produced so far. All the other times, decisions by Law Enforcement, Courts, Judges, the system, and its subdivisions, have been founded and acted upon, the assumption and expectation that " It's the Department Of Children and Families; therefore, they ought to be honest, they ought to be honored, and they ought not to be questioned".

155. The second Pick Up Order is invalid and false. Alejandro was falsely arrested from our home on October 30, 2009, as a result of Ms Lisa Coleman, Supervisor for Big Bend,DCF, asking Dective D. Smith to do so. The police report states that there was a pending Capias for Alejandro's arrest from Duval County. It further states that the Pick Order was valid and that it had been confirmed through Duval County, and FCIC-NCIC. The numbers do not exist. Nor are they in any report. Alejandro's Attorney in Duval County confirmed it. Furthermore, since a hard copy could not be produced at the time of Alejandro's arrest, and pursuant to my request; Lisa coleman, Supervisor of Big Bend, DCF, and Michelle Mohedano, Case Manager for Big Bend, DCF, made a copy of the first Pick Up Order, changed the numbers, falsified Honorable's Judge Richard Allbritton's signature, told different Counties different stories, and due to lack of communication between Counties, like in the past, Lisa Coleman, Supervisor for Big Bend, DCF, Michelle Mohedano, Case Manager for Big Bend, DCF, Andrea Colbert, Case Worker for Big Bend, DCF, and Jesscia Gibson, Supervisor for Big Bend, DCF, got away with it. The arresting Officer "confirmed" the Pick Up Order in my presence through the FCIC-NCIC system. It was a Fraud. 42:1983/Conspiracy and Deprivation of our Civil Rights by an State/Federal State Actor under Color of State Law. Documents are readily available for the Court.

156. FOR THE RECORD: It's the same signature, the same State Employees, acting as State/Federal Actors on 42:1983/ Conspiracy and Deprivation of our Civil Rights with the intent to cause pain and suffering, with the same conflicting stories among different Counties, that participated in the abduction of my twins, JPLS and HCLS, the removal

and false inmprisionement of Alejandro, my arrests and economic/fraud/cybernetic crimes.

157. Alejandro has been bouncing from Jurisdiction to Jurisdiction, from Judge to Judge, and from Program to Program since March 18th, 2008. The truth gets lost in the paperwork, and the System forgets that we are not a case number; we are a family broken apart, and in our despair, we don't let go of our faith nor our hope. Like Alejandro says: "Mommy, they can break us, but they can't break us apart".

158. 3-12-2010. Order "Modification of a No Contact Order" was GRANTED by Honorable Judge Sirmons in Bay County. Case Number: 09003580CFMA. On 11-5-2009, Honorable Judge Fensom granted Contact and Visitations between Alejandro and myself, pursuant to the Rules and Regulations of current Facility. Michelle Mohedano, Case Manager for Big Bend, DCF, and her Supervisor, Jessica Gibson for Big Bend, DCF, retaliated. Michelle Mohedano, Case Manager for Big Bend, DCF, accused of "Interference with Custody" and had me arrested on 11-06-2010, by Detective D. Johnson. A "No Contact Order" was issued. The Victim was the State of Florida, and the next of kin was Jessica Gibson, Case Supervisor for Big Bend, DCF. I was issued a No Contact Order with the State of Florida. Violation of 42:1983/Conspiracy and Deprivation of our Civil Rights by the above mentioned (158) State/Federal Actors acting under Color of State Law.

159. 3-18-2010. My Public Defender, Laura McCarthy, told me that a warrant for my arrest had been issued for passing worthless checks from People's First Bank. I closed those accounts in 2008. Nonetheless, I chose to turn myself in immediately. I was still in a neckbrace since my neck fusion in January. Violation of 42:0206/Social Security Benefits, 42:1983/Civil Rights Act Violation, Violation of 48:1985/ Conspiracy and Deprivation of Civil Rights, Violation of 31:3729/ False Claims Act, Violation of 31:3131/Fraud, Violation of the 14th Amendment: Citizenship Rights by a private citizen, Sherill Clark Antas acting under the Color of State Law in conspiracy with Michelle Mohedano, Case Worker for Big Bend, DCF acting as State/Federal Actor under the Color of State Law depriving us of our Civil and Constitutional Rights, Privileges and Immunities secured by the Constitution and the Laws.

160. 3-19-2010. I turned myself in first thing in the morning. My husband and his father posted bond.

161. 3-22-2010. Amy Thome, Senior State Attorney for DCF, filed a "Request for Inmate transportation and video".

162. 3-25-2010. Judicial Review before Honorable Judge Fensom, Dependency Court, Michelle Mohedano, Case Manager for Big Bend, DCF, Jessica Gibson, Supervisor for Big Bend, DCF, and Lisa Coleman, Supervisor for Big Bend, DCF, filed a report with false

allegations, and their intent to terminate my parental rights due to my partial compliance with a Case Plan. I have never signed a Case Plan, nor have I been asked to do so. Violation of Constitutional Rights 42:1983/ Conspiracy and Deprivation of our Civil and Constitutional Rights, Privileges and Immunities secured by the Constitution and the Laws... *"Judicial Reviews found to be Unconstitutional..."*

163. 4-1-2010. Alejandro attempted suicide. He tried to hung himself using his shorts from the shower curtain bar. Alejandro is 6'4" and his feet reached the bottom of the shower. Gulf Coast Youth Academy (GCYA), reported that the attempt took place after he spoke with Michelle Mohedano, Case Manager for Big Bend, DCF. Alejandro reported that Michelle Mohedano, Case Manager for Big Bend, DCF, told him that I did not love him nor care for him; that he was a burden. Furthermore, if he wanted to ease my burden, to sign for Indepedent Living, as I could not financially nor emotionally provide for him. Alejandro was also told by Michelle Mohedano, Case Manager for Big Bend, DCF, that I had abandoned him. No further contact was allowed between Michelle Mohedano and Alejandro as ordered by GCYA. I filed a petition with the Court in Juvenile Division asking for an Emergency Hearing before Honorable Judge Fensom. It was denied. Violation: Denial the Right to be Heard is Unconstitutional. 42:1983/ Conspiracy and Deprivation our our Civil and Constitutional Rights by Michelle Mohedano, Case Worker for Big Bend, DCF acting as State/Federal Actor acting under Color of State Law.

164. 4-5-2010. I filed a petition for an Injunction for Protection OBO ARS, a minor, in Bay County according to the instructions of Okaloosa County Sheriff's Office after Officer Siron conducted an investigation and opened a case against Michelle Mohedano, Case Worker for Big Bend, DCF, for Sexual Assault. Violation of 42:1983/ Conspiracy and Deprivation of our Civil and Constitutional Rights by Michelle Mohedano, Case Worker for Big Bend, DCF and State/Federal Actor acting under Color of State Law depriving us of our Civil and Constitutional Rights, Privileges and Immunities secured by the Constitution and the Laws. Police Report available.

165. 4-5-2010. Honorable Judge Smile scheduled a Hearing for 4-15-2010 in Bay County. Honorable Judge Smile also Ordered an "Order to Transport" and no contact between Michelle Mohedano and Alejandro. The Clerk of Court in Family Court, Bay County, Sandra Childers "Amended" the Order To Transport, erased the original case number, and the division assigned in which Alejandro was the Petitioner, Case Number: 10000116DV and, instead, filed with the Court one in which Alejandro was the Defendant, Case Number: 08-57-DP. Violation of 42:1983/Conspiracy and Deprivation of our Civil and Constitutional Rights, Privileges, and Immunities secured by the Constitution and the Laws by an State/Federal Actor, Sandra Childers, Clerk of Court, Bay County, acting under the Color of State Law in conspiracy with Michelle Mohedano,

Case Worker for Big Bend , DCF, and acting as State/Federal Actor under the Color of State Law against Alejandro and myself with malicious and revengeful intent. Orders to Transport, Change of Dockets, and witnesses are available.

166. 4-15-2010. A Hearing was held before Honorable Judge Clark, in Bay County @ 9:00am. Alejandro was the Petitioner, Michelle Mohedano was the Offender. I was told by Honorable Judge Clark that I had no Standing in Court. Michelle Mohedano Case Manager for Big Bend, DCF, and her attorneys from DCF told the Judge that I had lost my parental rights, that I had been charged with "Interference with Custody", and was on Pre-Trial Release. My son, Alejandro, was not there, despite the Order to Transport issued by Honorable Judge Smiley; Bay County, on 4-12-2010. Once again, I was humilliated by a Judge in front of a Court Room for attempting to exercise my Fundamental and Constitutional Responsibilities and Rights.

167. 4-15-2010. After the Hearing, at or around 9:45am, Lisa Coleman, Supervisor for Big Bend, DCF, had me served with documents for a Hearing in Dependency Court for that same day @ 11:00am. Alejandro was there. Alejandro was Court Ordered to take Seroquel XR. Seroquel XR is not approved by the FDA for children under 18. Alejandro has adverse reactions to Antipsychotics. I provided Alejandro's medical records. Seroquel is an Antipsychotic for Thought Disorders. Alejandro has a Mood Disorder, Bipolar I. Violation of 42:1983/ Conspiracy and Deprivation of Civil Rights, Privileges, and Immunities secured under the Constitution and the Laws by an State/Federal Actor acting under Color of State Law, Michelle Mohedano Case Worker for Big Bend, DCF.

168. 6-27-2010. My oldest son, Alejandro, turned 18 years old. He is still currently "enrolled" at GCYA. Alejandro is a primary victim and witness in this case. Upon Alejandro reaching the age of majority, I was allowed to obtain some of his records from GCYA. I have documents were Michelle Mohedano, Case Manager for Big Bend, DCF, states and signs as Alejandro's Legal Guardian and Parent, that they resided in Jacksonville, that I had lost my parental rights, and that I was a detriment to my son. My present husband, Ben Alexander, and I, go visit him every weekend since March of 2010. Alejandro has retained an Attorney in Jacksonville due to the discrepancies and violations of his case, as well as, GCYA's failure to abide by their own rules, and requirements to complete the Program. Alejandro is under the Jurisdiction of the Department of Juvenile Justice of Duval County, Jacksonville, Fl. Honorable Judge Henry Davis signed said Order on Oct 12th, 2009. That Order was never produced by Michelle Mohedano. Michelle Mohedano, Case Manager for Big Bend, DCF, had told the Courts in Duval County, that I had lost my parental rights; and she was the Legal Guardian. I had no access to my son's whereabouts, welfare, legal/criminal matters, nor any documents. Michelle Mohedano, however, never produced a Court Order. Violation of 42:1983/Conspiracy and Deprivation of our Civil and Constitutional Rights, Privileges

and Immunities by an State/Federal Actor acting under the Color of State Law, Michelle Mohedano Case Worker for Big Bend, DCF.

169. The Clerk of Court, the Sheriff's Office, and the Court assumed that Michelle Mohedano's, Case Manager for Big Bend, DCF, statements were truthful and correct as she "Works for the State". Violation Of 42:1983/Conspiracy and Deprivation of our Civil and Constitutional Rights, Privileges and Immunities by an State/Federal Actor acting under the Color of State Law.

170. 6-28-2010. An Order terminating Jurisdiction over my oldest son, Alejandro, was ENTERED BY DCF, and signed by Honorable Judge Fensom in Bay County, Dependency Court.

171. 7-22-10. I had open Lumbar Surgery. I sustained an "Slip and Fall" injury on 12-20-2009; I broke my neck and had a Fusion on 1-17-2010. I severely injured my Lumbar Spine as well. I had no choice, but to have a Double Fusion on 7-22-2010. Expected recovery period is between 3 to 6 months. I am recovering well, though I do have physical restrictions, and my mobility is limited.

172. 8-4-2010. I filed a Civil Rights Complaint.

173. 8-16-2010. I contacted Missing and Exploited Children. Contact number (800) 816-2010, option (I), as instructed by Ms. Linda, a Case Manager, on 5-25- 2010. I had agreed to keep her informed of any new events. I provided the original case number that was given to me when I reported the twins missing in 2008. Ms. Linda stated that: A) The twins had been located and then taken away. B) Mr. Lubbe had reported that I violated an Initial Custody Order on 10-16-2010. C) All possible attempts made by Missing and Exploited Children, at that time, to contact me were of no avail. I was told to request to re-open the case, and be assigned a Case Manager.

174. 8-17-2010. I contacted The Federal Bureau of Investigations (FBI) according to the instructions that Mr. Frank Alexander (my father-in-law), and I were given in November of 2009, at the local office in Panama City, Fl. I left a message stating the purpose of my phone call.

175. 8-17-2010. I contacted Missing and Exploited Children as instructed the prior day. I requested for the case to be re-opened. I was asked: "If I had the documents to prove that I have custody of my twins, JPLS and HCLS, where were we living at the time, when did I see them last, and if I knew who had them or where they were". I answered: "That I had filed with the Federal Court for Violation of the UCCJEA, the PKPA, and other Relief". I had Initial Custody of my babies, Mr. Lubbe, and his Attorney, Nancy Jones Gaglio, in conjunction with Ms. Sherill-Clark-Antas, "apparently" obtained an Ex-Parte Pick Up Order from Bay County, failed to report the actual facts of the matter. I last saw

my twins when I was forced to surrender them to Manatee County Sheriff's Department on 10-22-08 @ 4:30am, and never saw them again. I begged if, at least, I could know if they were dead or alive.

176. **10-26-10.** *Alejandro successfully completed his Commitment Program at Gulf Coast Youth Academy and returned back home.* He is currently enrolled in Home School and is completing his 12th Grade. He is registered to start the Kaplan Program in January to prepare for his SAT's. He has been accepted at St. Louis University, a Jesuit School in Madrid, Spain. We will be departing to Madrid, Spain on December 14th, 2010 to get him enrolled and visit my family. My father passed away January 30th, 2010.

IN CONCLUSION. All the above mentioned State Employees, both in their Professional and Individual Capacity, have abused their position, resources and ability to destroy my family, inflict emotional and physical pain, demand financial compensation, extortion, theft, slander and fraud, included but not limited to, excluding exculpatory evidence from the Courts, blackmail, falsification of documents, false witnesses, false imprisionment of a minor, corporal punishment, isolation, denied education, a bible, torture, retaliation, conspiracy, perjury, endangerment, impersonation, and organized crime acting as State/Federal Actors under the Color of State Law. 42:1983/Conspiracy and Deprivation of our Civil and Constitutional Rights, Privileges, and Immunities secured by the Constitution and Laws with the malicious intent to retaliate, inflict fear and disbelief, and cover the truth to protect themselves from Liability and under Immunity for their wrong doings.

Documentation to prove our legal assertations, violations of Civil Rights and Amendments, Court Orders, Correspondence, Police Reports, Bank Reports, UCCJEA'S, Injunctions for Protection against Domestic Violence OBO JPLS and HCLS and Other Relief including their UCCJEA, Dependency Dockets and Orders, Juvenile Criminal Records, Medical Records, witnesses, all pleadings from Manatee County, Alejandro's records from Ft. Lauderdale, Orlando, Bradenton, Jacksonville and Panama City are gladly available for the Court's disposition, as well as all of my records and the twins.

## IV. STATEMENT OF CLAIMS:

1) <u>Jan Frederick Lubbe, Private Citizen, Defendant.</u>

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS AND CONSPIRACY OF A PRIVATE CITIZEN WITH STATE ACTORS.

VIOLATION OF THE UNIFORM CHILD CUSTODY JURISDICTION ENFORCEMENT ACT, (UCCJEA), AFFIDAVIT BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S).

VIOLATION OF THE INTERNATIONAL CHILD ABDUCTION REMEDIES ACT, (ICARA,) AND THE HAGUE

CONVENTION ACT BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S).

VIOLATION OF INJUNCTION OF PROTECTION AGAINST DOMESTIC VIOLENCE WITH DEPENDENT CHILDREN BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S)

VIOLATION OF FAMILY RIGHTS (FAMILY ASSOCIATION) BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S) AND OFFICERS OF THE COURT.

VIOLATION OF THE FOURTH AMENDMENT WARRANT CLAUSE BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S).

VIOLATION OF THE DUE PROCESS CLAUSE BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR (S) AND OFFICERS OF THE COURT.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S) AND OFFICERS OF THE COURT CAUSING DETRIMENTAL AND IRREVOCABLE CONSTITUTIONAL INJURIES.

*F.S.61.521(1)* UNJUSTIFIABLE CONDUCT OF A PETITIONER

VIOLATION OF AMENDMENTS ARE LISTED ACCORDINGLY IN SEQUENCE OF EVENTS AND BY RESPONSIBLE STATE/FEDERAL/PRIVATE ACTOR(S).

2) Nancy Jones Gaglio, Esq., Attorney for Mr. Lubbe, Officer of the Court, Defendant

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF AN OFFICER OF THE COURT AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

VIOLATION OF THE UNIFORM CHILD CUSTODY JURISDICTION ENFORCEMENT ACT (UCCJEA) AFFIDAVIT BY AN OFFICER OF THE COURT AND STATE ACTOR, IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

VIOLATION OF THE DUE PROCESS CLAUSE BY AN OFFICER OF THE COURT AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY AN OFFICER OF THE COURT AND STATE ACTOR, IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

LIABILITY UNDER SECTION 1983 FOR OBTAINING A WARRANT THROUGH FALSE STATEMENTS WHICH RESULTED IN AN UNCONSTITUTIONAL SEIZURE, DEPRIVATION OF CIVIL RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF AN OFFICER OF THE COURT AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING IRREVOCABLE CONSTITUTIONAL INJURIES.

VIOLATION OF FAMILY RIGHTS(FAMILY ASSOCIATION) BY AN OFICER OF THE COURT AND STATE ACTOR, AND PRIVATE CITIZENS AND STATE ACTORS CAUSING DETRIMENTAL CONSTITUTIONAL INJURIES, DEPRIVATION OF CIVIL RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF AN OFFICER OF THE COURT AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS.

*F.S. 61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE INCLUDED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/ ACTORS.

3) C. Michael Kelly, Esq., Attorney for Mr.Lubbe, Officer Of The Court Defendant

VIOLATION OF 42 U.S.C. 1993; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF AN OFFICER OF THE COURT AND STATE ACTOR WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY AN OFFICER OF THE COURT AND STATE ACTOR, IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING IRREVOCABLE CONSTITUTIONAL INJURIES.

VIOLATION OF THE UNIFORM CHILD CUSTODY JURISDICITON ENFORCEMENT ACT (UCCJEA) AFFIDAVIT BY AN OFFICER OF THE COURT AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING DETREMENTAL CONSTITUTIONAL INJURIES.

VIOLATION OF INJUNCTION OF PROTECTION AGAINST DOMESTIC VIOLENCE WITH DEPENDENT CHILDREN BY AN OFFICCER OF THE COURT AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING DETREMENTAL CONSTITUTIONAL INJURIES.

*F.S. 61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE INCLUDED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/ ACTORS.

4) Sherrill Clark-Antas, Private Citizen, Defendant

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS AND CONSPIRACY OF A PRIVATE CITIZEN WITH STATE ACTORS.

VIOLATION OF THE UNIFORM CHILD CUSTODY JURISDICTION ENFORCEMENT ACT, (UCCJEA), AFFIDAVIT BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S).

VIOLATION OF THE INTERNATIONAL CHILD ABDUCTION REMEDIES ACT, (ICARA,) AND THE HAGUE CONVENTION ACT BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S).

VIOLATION OF INJUNCTION OF PROTECTION AGAINST DOMESTIC VIOLENCE WITH DEPENDENT CHILDREN BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S)

VIOLATION OF FAMILY RIGHTS (FAMILY ASSOCIATION) BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S) AND OFFICERS OF THE COURT.

VIOLATION OF THE FOURTH AMENDMENT WARRANT CLAUSE BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR(S).

VIOLATION OF THE DUE PROCESS CLAUSE BY A PRIVATE CITIZEN IN CONSPIRACY WITH A(N) STATE ACTOR (S) AND OFFICERS OF THE COURT.

*F.S. 61.521(1) CONSPIRACY FOR UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN ORDER OF SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/ACTORS.

5) **LISA COLEMAN, BIG BEND SUPERVISOR, DCF, STATE EMPLOYEE, DEFENDANT**

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

MALISIOUSLY INTENDED TO CAUSE A DEPRIVATION OF RIGHTS, VIOLATED CLEARLY ESTABLISHED STATUTORY AND/OR CONSTITUTIONAL RIGHTS OF WHICH A REASONABLE PERSON ACTING IN GOOD FAITH WOULD KNOW OR SHOULD HAVE KNOWN.

INTENTIONALLY AND RECKLESSLY WITHELD PROTENTIALLY EXCULPATORY INFORMATION FROM THE COURT AND FEDERAL LAW ENFORCEMENT.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPLOYEE AND STATE ACTOR, IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS B

LIABILITY UNDER SECTION 1983 IS APPROPRIATE AS THE DEFENDANT KNOWINGLY REFUSED TO TERMINATE A SIERIES OF ACTS BY OTHERS WHICH SHE WAS AWARE WOULD CAUSE CONSTITUTIONAL INJURIES TO OTHERS AND CONSPIRED WITH OFFICERS OF THE COURT AND STATE ACTORS, AND PRIVATE CITIZENS TO INFLICT CONSTITUTIONAL INJURIES.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

LIABILITY UNDER SECTION 1983 FOR OBTAINING A WARRANT THROUGH FALSE STATEMENTS WHICH RESULTED IN AN UNCONSTITUTIONAL SEIZURE, DEPRIVATION OF CIVIL RIGHTS, PRIVELEGES OF IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS, CAUSING IRREVOCABLE CONSTITUTIONAL INJURIES.

VIOLATION OF FAMILY RIGHTS(FAMILY ASSOCIATION) BY A STATE EMPLOYEE IN CONSPIRACY WITH A STATE ACTORS, OFFICERS OF THE COURT AND PRIVATE CITIZENS.

VIOLATION OF THE DUE PROCESS CLAUSE BY A STATE EMPLOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES AND DEPRIVATION OF FUNDAMENTAL CIVIL RIGHTS.

*F.S. 61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

## 6) Andrea Colbert, Caseworker, Big Bend, DCF, Defendant

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE

EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

MALISIOUSLY INTENDED TO CAUSE A DEPRIVATION OF RIGHTS, VIOLATED CLEARLY ESTABLISHED STATUTORY AND/OR CONSTITUTIONAL RIGHTS OF WHICH A REASONABLE PERSON ACTING IN GOOD FAITH WOULD KNOW OR SHOULD HAVE KNOWN.

INTENTIONALLY AND RECKLESSLY WITHELD PROTENTIALLY EXCULPATORY INFORMATION FROM THE COURT AND FEDERAL LAW ENFORCEMENT.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPLOYEE AND STATE ACTOR, IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS

LIABILITY UNDER SECTION 1983 IS APPROPRIATE AS THE DEFENDANT KNOWINGLY REFUSED TO TERMINATE A SERIES OF ACTS BY OTHERS WHICH SHE WAS AWARE WOULD CAUSE CONSTITUTIONAL INJURIES TO OTHERS AND CONSPIRED WITH OFFICERS OF THE COURT AND STATE ACTORS, AND PRIVATE CITIZENS TO INFLICT CONSTITUTIONAL INJURIES.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

LIABILITY UNDER SECTION 1983 FOR OBTAINING A WARRANT THROUGH FALSE STATEMENTS WHICH RESULTED IN AN UNCONSTITUTIONAL SEIZURE, DEPRIVATION OF CIVIL RIGHTS, PRIVELEGES OF IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS, CAUSING IRREVOCABLE CONSTITUTIONAL INJURIES.

VIOLATION OF FAMILY RIGHTS(FAMILY ASSOCIATION) BY A STATE EMPLOYEE IN CONSPIRACY WITH A STATE ACTORS, OFFICERS OF THE COURT AND PRIVATE CITIZENS.

VIOLATION OF THE DUE PROCESS CLAUSE BY A STATE EMPLOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES AND DEPRIVATION OF FUNDAMENTAL CIVIL RIGHTS.

*F.S.61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

## 7) **Rene Creteur, Protective Investigator, DCF, Defendant**

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

MALISIOUSLY INTENDED TO CAUSE A DEPRIVATION OF RIGHTS, VIOLATED CLEARLY ESTABLISHED STATUTORY AND/OR CONSTITUTIONAL RIGHTS OF WHICH A REASONABLE PERSON ACTING IN GOOD FAITH WOULD KNOW OR SHOULD HAVE KNOWN.

INTENTIONALLY AND RECKLESSLY WITHELD PROTENTIALLY EXCULPATORY INFORMATION FROM THE COURT AND FEDERAL LAW ENFORCEMENT.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPLOYEE AND STATE ACTOR, IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS B

LIABILITY UNDER SECTION 1983 IS APPROPRIATE AS THE DEFENDANT KNOWINGLY REFUSED TO TERMINATE A SIERIES OF ACTS BY OTHERS WHICH SHE WAS AWARE WOULD CAUSE CONSTITUTIONAL INJURIES TO OTHERS AND CONSPIRED WITH OFFICERS OF THE COURT AND STATE ACTORS, AND PRIVATE CITIZENS TO INFLICT CONSTITUTIONAL INJURIES.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

LIABILITY UNDER SECTION 1983 FOR OBTAINING A WARRANT THROUGH FALSE STATEMENTS WHICH RESULTED IN AN UNCONSTITUTIONAL SEIZURE, DEPRIVATION OF CIVIL RIGHTS, PRIVELEGES OF IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS, CAUSING IRREVOCABLE CONSTITUTIONAL INJURIES.

VIOLATION OF FAMILY RIGHTS(FAMILY ASSOCIATION) BY A STATE EMPLOYEE IN CONSPIRACY WITH A STATE ACTORS, OFFICERS OF THE COURT AND PRIVATE CITIZENS.

VIOLATION OF THE DUE PROCESS CLAUSE BY A STATE EMPLOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES AND DEPRIVATION OF FUNDAMENTAL CIVIL RIGHTS.

*F.S.61.521(1)* *UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

## 8) <u>Chris Taylor, Police Officer, PCPD, Defendant</u>

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

*F.S.61.521(1)* *UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

## 9) <u>Michelle Mohedano, Case Manager, Big Bend, Defendant</u>

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

MALISIOUSLY INTENDED TO CAUSE A DEPRIVATION OF RIGHTS, VIOLATED CLEARLY ESTABLISHED

STATUTORY AND/OR CONSTITUTIONAL RIGHTS OF WHICH A REASONABLE PERSON ACTING IN GOOD FAITH WOULD KNOW OR SHOULD HAVE KNOWN.

INTENTIONALLY AND RECKLESSLY WITHELD PROTENTIALLY EXCULPATORY INFORMATION FROM THE COURT AND FEDERAL LAW ENFORCEMENT.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPLOYEE AND STATE ACTOR, IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS B

LIABILITY UNDER SECTION 1983 IS APPROPRIATE AS THE DEFENDANT KNOWINGLY REFUSED TO TERMINATE A SIERIES OF ACTS BY OTHERS WHICH SHE WAS AWARE WOULD CAUSE CONSTITUTIONAL INJURIES TO OTHERS AND CONSPIRED WITH OFFICERS OF THE COURT AND STATE ACTORS, AND PRIVATE CITIZENS TO INFLICT CONSTITUTIONAL INJURIES.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

LIABILITY UNDER SECTION 1983 FOR OBTAINING A WARRANT THROUGH FALSE STATEMENTS WHICH RESULTED IN AN UNCONSTITUTIONAL SEIZURE, DEPRIVATION OF CIVIL RIGHTS, PRIVELEGES OF IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS, CAUSING IRREVOCABLE CONSTITUTIONAL INJURIES.

VIOLATION OF FAMILY RIGHTS(FAMILY ASSOCIATION) BY A STATE EMPLOYEE IN CONSPIRACY WITH A STATE ACTORS, OFFICERS OF THE COURT AND PRIVATE CITIZENS.

VIOLATION OF THE DUE PROCESS CLAUSE BY A STATE EMPLOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES AND DEPRIVATION OF FUNDAMENTAL CIVIL RIGHTS.

*F.S.61.521(1)* *UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

**10) Jessica Gibson,Big Bend Supervisor, DCF, Defendant**

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

MALISIOUSLY INTENDED TO CAUSE A DEPRIVATION OF RIGHTS, VIOLATED CLEARLY ESTABLISHED STATUTORY AND/OR CONSTITUTIONAL RIGHTS OF WHICH A REASONABLE PERSON ACTING IN GOOD FAITH WOULD KNOW OR SHOULD HAVE KNOWN.

INTENTIONALLY AND RECKLESSLY WITHELD PROTENTIALLY EXCULPATORY INFORMATION FROM THE COURT AND FEDERAL LAW ENFORCEMENT.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPLOYEE AND STATE ACTOR, IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS B

LIABILITY UNDER SECTION 1983 IS APPROPRIATE AS THE DEFENDANT KNOWINGLY REFUSED TO TERMINATE A SIERIES OF ACTS BY OTHERS WHICH SHE WAS AWARE WOULD CAUSE CONSTITUTIONAL INJURIES TO OTHERS AND CONSPIRED WITH OFFICERS OF THE COURT AND STATE ACTORS, AND PRIVATE CITIZENS TO INFLICT CONSTITUTIONAL INJURIES.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

LIABILITY UNDER SECTION 1983 FOR OBTAINING A WARRANT THROUGH FALSE STATEMENTS WHICH RESULTED IN AN UNCONSTITUTIONAL SEIZURE, DEPRIVATION OF CIVIL RIGHTS, PRIVELEGES OF IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS, CAUSING IRREVOCABLE CONSTITUTIONAL INJURIES.

VIOLATION OF FAMILY RIGHTS(FAMILY ASSOCIATION) BY A STATE EMPLOYEE IN CONSPIRACY WITH A STATE ACTORS, OFFICERS OF THE COURT AND PRIVATE CITIZENS.

VIOLATION OF THE DUE PROCESS CLAUSE BY A STATE EMPLOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES AND DEPRIVATION OF FUNDAMENTAL CIVIL RIGHTS.

*F.S.61.521(1)* *UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

**11) <u>Trish Reimer, Family Court Case Manager, 14th Judicial Circuit, Defendant</u>**

VIOLATION OF 42 U.S.C. STATUTE 1983; ACTION UNDER COLOR OF STATE LAW FOR DEPRIVATION OF RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF A STATE EMPLOYEE AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

LIABILITY UNDER SECTION 1983 FOR PRODUCING FALSE STATEMENTS/DOCUMENTS WHICH RESULTED IN AN UNCONSTITUTIONAL SEIZURE, DEPRIVATION OF CIVIL RIGHTS, PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, AND CONSPIRACY OF AN OFFICER OF THE COURT AND STATE ACTOR, WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING DETRIMENTAL, IRREVOCALBE, AND IRREPERABLE CONSTITUTIONAL INJURIES.

VIOLATION OF THE FOURTH AMENDMENT CLAUSE BY AN OFICER OF THE COURT AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS, STATE ACTORS, STATE EMPLOYEES, AND OFFICERS OF THE COURT CAUSING CONSTITUTIONAL INJURIES.

VIOLATION OF THE WARRANT CLAUSE WITH A DELIBERATE FALSEHOOD AND DISREGARD FOR THE TRUTH BY A STATE EMPOYEE AND STATE ACTOR IN CONSPIRACY WITH PRIVATE CITIZENS AND STATE ACTORS CAUSING CONSTITUTIONAL INJURIES.

VIOLATION OF FAMILY RIGHTS(FAMILY ASSOCIATION) BY A STATE EMPLOYEE IN CONSPIRACY WITH A STATE ACTORS, OFFICERS OF THE COURT AND PRIVATE CITIZENS.

VIOLATION OF THE INTERNATIONAL CHILD ABDUCTION REMEDIES ACT, (ICARA,) AND THE HAGUE CONVENTION ACT BY A STATE EMPLOYEE IN CONSPIRACY WITH A(N) STATE ACTOR(S).,AND (A) PRIVATE CITIZEN(S),

AND OFFICIALS OF THE COURT.

*F.S.61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

**12) <u>Shella L. Phelps, Assistant State Attorney, 14th Judicial Circuit Court, Defendant.</u>**

Violation of 42 U.S.C. Statute 1983; Action under Color of State Law for Deprivation of Rights, Privileges or immunities secured by the Constitution and Laws and Conspiracy of an Officer of the Court and State Actor, with Private Citizens and State Actors, causing irrevocable Constitutional Injuries.

*F.S.61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

**13) <u>Amy Thome, Senior State Attorney for the State, DCF, Defendant.</u>**

Violation of 42 U.S.C. Statute 1983; Action under Color of State Law for Deprivation of Rights, Privileges or Immunities secured by the Constitution and Laws and Conspiracy of an Officer of the Court and State Actor with Private Citizens and State Employees as State Actors.

Violation of the Due Process Clause by an Officer of the Court and State Actor, in Conspiracy with Private Citizens and State Actors causing severe deprivation of our rights as well as injuries.

Violation of the Warrant Clause with a deliberate falsehood and disregard for the truth by an Officer of the Court and State Actor, in Conspiracy with Private Citizens and State Actors causing detrimental Constitutional Injuries.

Liability under section 1983 for obtaining a Warrant through false statements which resulted in an Unconstitutional seizure, deprivation of Civil Rights, Privileges or Immunities secured by the Constitution and Laws, and Conspiracy by an Officer of the Court and State Actor, with Private Citizens and State Actors causing irrevocable Constitutional Injuries.

*F.S.61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

**14) Deborah D. Pierson, Notary Public for the 14th Judicial Court, Defendant**

Violation of 42 U.S.C. Statute 1983; Action under Color of State Law for Deprivation of Rights, Privileges or Immunities, secured by the Constitution and Laws, and Conspiracy of a Clerk of the Court and State Actor with Private Citizens and State Actors causing a deprivation of our Constitutional Rights and injuries.

*F.S.61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

**15) Sandra Childers, Deputy Clerk of Court for the 14th Judicial Court, Defendant.**

Violation of 42 U.S.C. Statute 1983; Action under Color of State Law for Deprivation of Rights, Privileges or Immunities, secured by the Constitution and Laws, and Conspiracy of a Clerk of the Court and State Actor with Private Citizens and State Actors causing a deprivation of our Constitutional Rights and injuries.

*F.S.61.521(1) UNJUSTIFIABLE CONDUCT OF PETITIONER*

ALL VIOLATIONS OF AMENDMENTS ARE LISTED IN SEQUENCE OF EVENTS AND ACCORDING TO STATE/FEDERAL/PRIVATE/CITIZENS.

**V. RELIEF REQUESTED:**

1) Civil and Federal Enforcement of an Order to return JPLS and HCLS under the Hague Convention. *F.S. 61.525*

2) Enforcement of the Violation of the Uniform Child Custody Jurisdiction Enforcement Act (UCCJEA).

3) Prospective Injunctive Relief with the purpose of obtaining a Relief that serves to bring an end to a present violation of Federal Law.

5) Compensatory Damages Relief for reckless or callous disregard for Rights as well as intentional violations of Federal Laws.

6) Appointment of Counsel due to exceptional circumstances, merits of claim, complexity of Legal Issues, and unsuccessful reasonable attempts to secure Counsel at no avail.

7) Provision of remedies for Violation of Rights established in the Constitution or under Federal Laws.

8) Enforcement of the mandatory requirement to decline to exercise jurisdiction under *F.S. 61.521(1)* to prevent a parent from obtaining a Jurisdictional advantage through unjustifiable conduct.

Unjustifiable Conduct Of Petitioner

9) Any other Relief the Court may deem appropriate.

**We, Rocio Carmen Siska Alexander and Alejandro Rondon-Siska declare under penalty of Perjury that the foregoing Statements of fact, including all continuation pages, are true and correct.**

Rocio Carmen Siska Alexander, Co-Plaintiff

Rocio Carmen Siska Alexander, OBO JPLS and HCLS, minors

1325 West 12th street, B-5
Panama City, FL 32401
(850) 769-2888

Alejandro Rondon-Siska, Co-Plaintiff

1325 West 12th street, B-5
Panama City FL 32401
(850) 769-2888