IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROCIO CARMEN SISKA**
**ALEXANDER, et al.,**

       **Plaintiffs,**

v.                                             **CASE NO. 5:10-cv-209-RS-CJK**

**JAN FREDERICK LUBBE, et al.,**

       **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 39). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    Plaintiffs' claims are **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) for lack of jurisdiction and for failure to state a claim upon which relief may be granted.

    3.    The clerk is directed to close the file.

**ORDERED** on July 20, 2012.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**